ORIGINAL

FILED
JUN 25 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **TODD FOX** | ) | **BID PROTEST** |
| **Plaintiff,** | ) | |
| **v.** | ) | **Fed. Cl. No.** 08-465 C |
| **UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S NOTICE OF SERVICE**

Pursuant to Appendix C, Part V, of the Rules of this Court, undersigned counsel hereby certifies that copies of the following documents: (1) Complaint for Injunctive Relief; (2) Application for Temporary Restraining Order; (3) Supporting Memorandum; and (4) Affidavit of Todd Fox in the above-referenced matter were sent by overnight mail on June 25, 2008, to the following:

John Todor, Esq.
Department of Justice
Commercial Litigation Branch
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

June 25, 2008

Respectfully submitted,

David P. Hendel
AKERMAN SENTERFITT WICKWIRE GAVIN
8100 Boone Blvd., Suite 700
Vienna, Virginia 22182
(703) 790-8750 - phone
(703) 448-1767 - fax

***Counsel for Todd Fox***

*Of Counsel:*
Sarah M. Graves
AKERMAN SENTERFITT WICKWIRE GAVIN
8100 Boone Blvd., Ste. 700
Vienna, Virginia 22182
(703) 790-8750 - phone
(703) 448-1767 - fax