# In the United States Court of Federal Claims

No. 08-465C
(Filed: June 25, 2008)

*********************************
TODD FOX,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*,
*********************************

ORDER

A telephonic conference will be held Friday, June 27, 2008, at 2:30 p.m. The call will be placed from chambers and will be digitally recorded.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge