**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **TODD FOX** | ) | **BID PROTEST** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Fed. Cl. No. 08-465C** |
| | ) | **(J. Bruggink)** |
| **UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**PLAINTIFF'S NOTICE OF FILING SUPPLEMENTAL EXHIBITS**

Plaintiff hereby supplements Exhibits E and F to Todd Fox's Affidavit, by providing the attachments to the letters contained in those exhibits. These attachments were inadvertently left out in our filing. For ease of filing, we are providing new Exhibits E and F. The only change is the additional attachments. Exhibit E, a June 12, 2008 letter, now contains the four numbered attachments that accompanied that letter. Exhibit F, a June 20, 2008 letter, now contains the six lettered exhibits (A – F) that accompanied that letter.

June 25, 2008

Respectfully submitted,

s/David P. Hendel

David P. Hendel
AKERMAN SENTERFITT WICKWIRE GAVIN
8100 Boone Blvd., Suite 700
Vienna, Virginia 22182
(703) 790-8750 - phone
(703) 448-1767 - fax

***Counsel for Todd Fox***

*Of Counsel:*
Sarah M. Graves

**AKERMAN SENTERFITT WICKWIRE GAVIN**
8100 Boone Blvd., Ste. 700
Vienna, Virginia 22182
(703) 790-8750 - phone
(703) 448-1767 – fax

**CERTIFICATE OF FILING**

I hereby certify that on June 26, 2008, a copy of the foregoing "Plaintiff's Notice of Filing Supplemental Exhibits" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

__s/David P. Hendel_________