Akerman Senterfitt
ATTORNEYS AT LAW
Wickwire Gavin

Fort Lauderdale
Jacksonville
Los Angeles
Madison, WI
Miami
New York
Orlando
Tallahassee
Tampa
Tysons Corner
Washington, DC
West Palm Beach

Tysons Corner Office
International Gateway
Suite 700
8100 Boone Boulevard
Vienna, Virginia 22182-7732

www.akerman.com

703 790 8750 *tel* 703 448 1801 *fax*

SENDER'S DIRECT DIAL LINE: (703) 761-0367
SENDER'S EMAIL: david.hendel@akerman.com

June 20, 2008

**BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED**
**AND BY FACSIMILE TO (202) 268-7423**

Ms. Karen A. Pompanella
Acting Manager, Surface Transportation CMC
Supply Management
U.S. Postal Service
475 L'Enfant Plaza, SW
Washington, DC 20260-6210

**Re: Appeal of Non-Renewal Decision in HCR 299C5 and 299D2**

Dear Ms. Pompanella:

This responds to the letter from your office dated June 9, 2008, denying Todd Fox's appeal of the contracting officer's non-renewal decision under HCR Contract Nos. 299C5 and 299D2 serving Bluffton, South Carolina, and to the supplemental materials received from your office on June 12, 2008 following our telephone conversation.

As we discussed over the phone on June 12, 2008, at the time the contracting officer issued the non-renewal decision, Mr. Fox was not aware of the underlying basis of the allegation concerning "lack of attention to customer service issues" on which the non-renewal decision was based. The non-renewal decision did not describe, reference, or point to a single instance of such behavior, or reference any PS Form 5500 Irregularity Reports. Similarly, your office's June 9, 2008 letter did not describe or reference any customer service issues.

Following our June 12, 2008 telephone conversation, you provided me 12 pages of supplemental material which you stated was the file you relied upon in reviewing the contracting officer's non-renewal decision. **(Exhibit A.)** The material you provided consisted of five separate PS Form 5500s. As you noted in our conversation, some of the material in your file was not legible, and presumably you were not able to read it either. Also, several of the 5500s did

---

not have a contractor's response. We were later able to obtain legible copies of the illegible 5500 reports. We also discovered that you were provided with incomplete versions for three of the five 5500 reports. The versions that you reviewed did not contain the contractor's response. Thus, when you were reviewing the file, you were under the impression that the contractor had not responded to three of the five 5500s, when in fact he had done so. Attached to this letter are the complete forms that contain the contractor's response.

Since your office did not have legible copies of all of the 5500s and did not have the contractor's response for three of the five 5500s, it is requested that your office reconsider its decision based on the complete file. In addition, since the contractor was not aware of the underlying basis for the non-renewal decision until you forwarded your file on June 12, this also represents the first time the contractor has been able to respond on the merits of the matter.

**Summary of 5500s**

Of the five 5500s that were in the file you reviewed, only one (dated July 27, 2007) involved the two contracts that were up for renewal. The remaining 5500s either did not identify a contract and did not concern the contracts at issue, or incorrectly referenced the contracts that are at issue but actually concerned different contract numbers. Thus, four out of the five 5500s do not relate to the contracts that were up for renewal. The only 5500 that concerned performance under the contracts at issue was dated July 27, 2007—almost a full year ago. That 5500 involved an alleged failure by the contractor to scan an attempted delivery of an Express Mail package. The 5500 was issued late—two weeks after the event occurred. The PS Form 5500 stated that irregularities are supposed to be reported "on the spot," not two weeks later. In any case, the contractor maintains that a scan was attempted. No further 5500s concerning scan failures were issued since this event, which occurred over 10 months ago. The issue did not concern late delivery or mis-delivery. We are not aware of any instance in which a contractor has been denied renewal of two contracts on the basis of a single, disputed 5500, issued 10 months earlier, involving a question of whether an attempted delivery scan was properly performed.

With respect to the four other 5500s, which concern other contracts, even if considered relevant, they would not support the non-renewal decision. Only one of these four 5500s concerned a "customer service issue," which was the purported grounds for the non-renewal decision. That 5500, dated April 4, 2008, concerned two photographs that had been bent. (The 5500 was charged to Contract No. HCR 299D2, but the incident actually occurred on HCR 299D7 – a different contract.) The carrier stated that he did not bend the package. It is possible that the photos were not properly packaged or were damaged during mail processing operations prior to receipt by the carrier. It is unknown how or when the photos became damaged, and there is no proof that the carrier damaged the photos. This is the only 5500 concerning damaged mail, so the carrier has no prior history of damaging mail, nor were there any further reports of damaged mail.

---

The three remaining 5500s, which did not concern performance under the two specified contracts up for renewal, bear no relation to customer service issues. Two concerned the status of vehicles on postal premises: a car left running in the post office parking lot and a vehicle (with no mail in it) left unlocked. The contractor advised its driver not to leave its vehicle running or unlocked on postal premises, and no further 5500s were issued. The matter was thus resolved. The other 5500 concerned a mistaken contention that the contractor had not provided a driver, when in fact Todd Fox himself performed the route that day and delivered all mail in a timely fashion. Since none of these 5500s could fairly be characterized as "customer service issues," they could not have provided the basis for the non-renewal decision, which was based on "customer service issues." But even if they are considered relevant, they are relatively minor issues that were promptly resolved and did not recur.

After reviewing this letter and the complete version of the file that was before your office, it is hoped that the non-renewal decision will be reconsidered and reversed. Should you have any doubts in this matter, it is suggested you contact Russell Sykes, Manager of Surface Transportation, now on assignment, who has significant experience in this area and may be familiar with this matter.

**Discussion of each 5500 in the file**

The following addresses each of the PS Form 5500s that were included in the supplemental documentation your office provided to me, in the same order as your facsimile:

- The Postal Service issued a PS Form 5500 dated April 4, 2008 concerning a customer's receipt of bent photos. The 5500 was charged to Contract No. HCR 299D2, but the incident actually occurred on HCR 299D7—a different contract. The Postmaster, who did not have any first-hand information about the matter, accused the contractor of damaging the photos. The driver stated she had not bent the photos. The contractor pointed out that the postal customer's mail box was a flat type box, so the photos would not have been bent when the carrier placed them in the mailbox. The Postmaster continued to accuse the contractor of bending the photo, but there was no proof that the contractor had done so. It is possible that the photos were not properly packaged, or were damaged during mail processing operations before being handled by the driver. It is simply unknown how or when the photos became damaged, and there is no proof that the carrier damaged the photos. This is the only 5500 concerning damaged mail, so the carrier has no prior history of damaging mail, nor were there any further reports of damaged mail. (This 5500 also shows that the Postmaster violated Postal Service policy by paying the postal customer for the value of the photos, even though the mailpiece was uninsured. The Postmaster further violated Postal Service policy by demanding that the contractor pay for the bent photo.) **SUMMARY: Wrong contract, no showing contractor was at fault, no other allegations of damaged mail. (Exhibit B.)**

---

- The Postal Service issued a PS Form 5500 dated December 7, 2007 stating that the contractor failed to put a driver on HCR 299D7. This is a different contract than those at issue in the non-renewal decision. The 5500 form that was received by your office did not include the contractor's response. The complete form, which we have attached, contains the contractor's response, stating that Todd Fox performed the route himself that day. The mail was delivered in a timely fashion and there were no customer complaints. **SUMMARY: Wrong contract, incomplete PS Form 5500, incorrect allegation, all mail delivered satisfactorily without any customer complaints. (Complete form attached as Exhibit C.)**

- The Postal Service issued a PS Form 5500 dated July 27, 2007 saying the contractor failed to scan attempted delivery of an Express Mail and that it was not scanned until the next day, upon delivery. While the contractor's reply was illegible on the copy your office provided, we have obtained a legible copy. The response notes that the 5500 was issued two weeks after the event, and that the driver does not recall failing to scan the mail piece. The contractor asked that the Postal Service provide any future irregularities on a timely basis when the incident would be fresh in everyone's memory. This 5500 was issued over 10 months ago, and since that time there have been no further 5500s concerning attempted delivery scans, or scan failures of any nature. **SUMMARY: PS Form 5500 submitted two weeks late, disputed facts about an attempted scan, no similar 5500s issued since that time (10 months ago). (Complete form attached as Exhibit D.)**

- The Postal Service issued a PS Form 5500 dated December 5, 2007 saying the back door of the contractor's vehicle was unlocked in the post office lot. The incident was charged to Contract No. HCR 299C5, but the incident actually involved HCR 299D7 and the vehicle was parked in the assigned spot for that contract. HCR 299D7 is not one of the contracts in issue. The 5500 form that was received by your office did not include the contractor's response. In the completed form, which we have attached, the contractor states that the driver will be more careful and will make sure the vehicle is always locked on postal property. The contractor noted that there was no mail or other Postal Service property in the vehicle at the time. The concern was resolved and no further 5500's were issued on this basis. **SUMMARY: Wrong contract, not a customer service issue, and resolved. (Complete form attached as Exhibit E.)**

- The Postal Service issued a PS Form 5500 dated August 15, 2007 (9 months ago) saying the driver left her vehicle running in the post office parking lot. While the 5500 does not identify a particular contract, the incident involved HCR 299A8, which is not one of the contracts in issue. The contractor responded by saying he spoke to the driver and that the driver assured this would never happen again. Since that time, no further 5500's have

---

been issued on this basis. **SUMMARY: Wrong contract, not a customer service issue, and resolved. (Complete form attached as Exhibit F.)**

In summary, of the five PS Form 5500's included in the supplemental documentation, only one relates to either of the two contracts which were the subject of the non-renewal decision. Of the remaining four 5500s, which concerned different contracts, only one even arguably concerned a customer service issue. All four of the 5500s (which did not involve the contracts at issue here) were minor and resolved, and no further 5500s were submitted on the same basis.

When your office issued its June 9, 2008 decision, it did not have the benefit of a complete file, legible copies of some 5500s, the complete version of three of the five 5500 forms, or the contractor's response. It is therefore requested, in light of this new information, that the appeal of the non-renewal decision be reconsidered and granted. Because the current contracts are set to expire on June 30, your prompt attention is requested. In any case, please advise me immediately if the Postal Service does not intend to reconsider its June 9, 2008 decision or if it intends to exclude the contractor from participation in any future procurements, including any emergency procurements.

Thank you again for your prompt review of this matter. If you have any questions, please do not hesitate to call me on my direct line at (703) 761-0367.

Sincerely,

**AKERMAN SENTERFITT WICKWIRE GAVIN**

David. P Hendel

cc: Ms. Royale Ledbetter
Mr. Russell Sykes
Mr. Todd Fox

# EXHIBIT A

(m)
DPH

US POSTAL
SERVICE

# FAX

TO: David Hendel
703-448-1767

FROM: Karen Pompanella
202-268-2456 (Wk)

DATE: June 12, 2008

15 PAGES INCLUDING THE COVER SHEET

EXHIBIT
A

MAY 23 2008

5 Pages Long

UNITED STATES POSTAL SERVICE

(Use a ball point pen and distribute as indicated)

# Contract Route Irregularity Report

| Route Number | Route Title | Trip No. | Irregularity Date | Tractor-Trailer Nos. |
|---|---|---|---|---|
| 29902 | | | 4/4/08 | |

| Driver's Name | Point of Irregularity | |
|---|---|---|
| Janet Fox | 226 Dillard Mill Dr | |
| **Employee Preparing Report** | **Office** | **Title** |
| Lonnie Finley | Bluffton SC | Postmaster |

Supplier's Name and Address (include applicable number)

Todd + Janet Fox
225 Pinecrest Circle
Bluffton S.C. 29910

## Section 1 — Irregularity

Report all service irregularities as they occur. Report (1) late operations of 15 mi... *Information Only* and check box in Section 2, below.

☐ Failure to observe contract schedule

| Actual Arrival | Scheduled Arrival |
|---|---|
| Scheduled Departure | Actual Departure |

☐ Failure to P...

☐ Safet...

...y legitimate reasons as

...factory Vehicle *(Explain below)*

...mmitted Service ☒ Other *(Explain below)*

File copy

Explanation:

SEE Attachm...

## Section 2 — Supplier's Reply

Complete this section and return it to the Administrative Official within 10 DAYS. Failure to reply will be taken as admission that the facts as stated in Section 1, above, are correct. Late operations, particularly those occurring repeatedly, are chargeable offenses at Postal Service™ discretion. An indication of "Information Only" does not relieve the supplier of its obligation to reply.

☐ Information Only

| Signature | Title | Date |
|---|---|---|
| | | |

## Section 3 — Postal Service Comments

☐ Excusable ☒ Chargeable

| Signature | Title | Date |
|---|---|---|
| Lonnie Finley | Postmaster | 4/4/08 |

PS Form 5500, October 2005 PSN 7530-02-000-8478 (Previous Editions Usable)

1 - Supplier
2 - Supplier
3 - Administrative Official
4 - File Copy

UNITED STATES POSTAL SERVICE

POSTAL MONEY ORDER

| SERIAL NUMBER | YEAR, MONTH, DAY | POST OFFICE | U.S. DOLLARS AND CENTS |
|---|---|---|---|
| 12187151122 | 2008-04-08 | 299100 | $49.85¢ |

AMOUNT FORTY NINE DOLLARS & 85¢

NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS
SEE REVERSE WARNING

CLERK 0009

PAY TO Billy Jaramsio

ADDRESS 226 Dillard Mill Dr
Okatie SC 29909-7848

C.O.D. NO. OR USED FOR Payment for service Autorandum

FROM POSTMASTER

ADDRESS 25 Thurmond Way
Bluffton, SC 29910-9998

:000000800 2: 12187151122

Copy of money order sent to customer

Gmail Calendar Documents Photos Reader Web more ▾ billy.jarnagin@gmail.com | Settings | Help | Sign out

Search Mail Search the

Gmail

Compose Mail

Inbox
Starred ☆
Chats
Sent Mail
Drafts
All Mail
Spam
Trash

Contacts

Billy Jarnagin
search, add, or invite

Your internet connection is experiencing or your network administrator has blocked Gmail chat. Learn more

Labels
Edit labels

Invite a friend
Give Gmail to:

Send Invite 50 left
preview invite

Yahoo! News: Entertainment News - 'Brigadoon' blooms ag

« Back to Inbox Archive Report Spam Delete

More actions . 1 of 65 Older ›

# Fwd: Receipt for Order #VG27

"kels81178@aol.com" show details 3:47 pm (0 minu

-----Original Message-----
From: Vince Becker <vince@vpbphoto.com>
To: kels81178@aol.com
Sent: Mon, 17 Mar 2008 11:39 am
Subject: Receipt for Order #VG274240

Thanks for ordering - make sure to keep your copy of the case.

| Item | Package | Qty | Price | E |
|---|---|---|---|---|
| 26311366 00013 0094 | 8x10 Laminated Print | 2 | $2 | |

| | |
|---|---|
| Subtotal: | $43.90 |
| Shipping: | $5.95 |
| Tax: | $0.00 |
| TOTAL: | $49.85 |

ORDER DETAILS
OrderID: VG274240
Order Date: 3/17/2008 10:39:56 AM
Event: Critz Race for Preservation 5K/10K

BILLING DETAILS

04/03/2008 Billy Jarnagin came to the door and said he received these pictures bent. He showed me the pictures and the pictures he had taken showing how they were received. They were bent across the chest area of both the people on the picture. He said this girl ran with him and it was going to be a surprise for her. He then said if I could get the money back for them I would appreciate it. I asked if he had an invoice and he said he could get one. I asked how much they were and he said $24.00 per picture or $48.00. I then asked if he got the money could he replace them and he said he thought they could. I told him I was sorry and would check into it.

The address and name on the envelope was Kelly T Jarnagin 226 Dllard Mill Dr Okatie Sc 29909-7845 this is on HCR route 299D2 that Janet Fox carries. That afternoon 04/03/2008 Thursday afternoon I saw Janet and showed her the pictures and she said she didn't do it. I asked her how they got bent and she said she didn't know. She said she would watch this in the future though. I told her this cost the customer $48.00 and since they were bent by you that you should pay. She said first off, I didn't do it, and if I did I would want to see if I could iron the pictures before I spend $48.00. I told her again I think you should pay the $48.00. She said if I do I want a receipt for it. Then she said her husband Todd would talk to me tomorrow. I told her OK.

The next morning Friday 04/04/2008 Todd came into the office and I showed him the pictures and he said he, his wife or none of his people did this. I said how do you explain these pictures. He said I don't know but we didn't do it. I told him the pictures show it's bent and it was delivered by you and I think you should pay the $48.00 to the customer. He asked if they took a picture of the article when it was in the box. I told him no, but you can see from the pictures they are bent. He said there was no proof they did this. I asked what more proof do you need to see it was delivered bent. He then told me the box for this address is a flat type box and it would have been delivered flat. I told him if you had delivered it flat it would have flatted it out and it would not be able to stand by itself bent like it is. He then said how do we know this wasn't done earlier. He said there is no proof they did it. I said so you're saying you didn't do this. He said yes. I then told him do you think the person folded there own pictures and came in just so they could complain? He said it could have been that way, you know how some people are. I then said so you're not going to take responsibility for this. He said no there is noting there showing we did it. I told him that was not good customer service. He said if there had been something showing they did it things would be different. He then told me they have insurance for this and I said you need to file on your insurance. He then said

UNITED STATES POSTAL SERVICE™

# Contract Route Irregularity Report

| Route Number | Route Title | Trip No. | Irregularity Date | Tractor-Trailer Nos. |
|---|---|---|---|---|
| | | | 12/7/07 | |

| Driver's Name | Point of Irregularity |
|---|---|
| Todd Fox | |

| Employee Preparing Report | Office | Title |
|---|---|---|
| Calvin Johnson | Bluffton SC | Supervisor |

Contractor's Name and Address *(Include Apt./Suite Number)*

Todd Fox
225 Pine Crest Circle
Bluffton SC 29910

Fold Here

## Section 1 – Irregularity in Service

Prepare report on the spot when irregularity occurs. Report all irregularities. Report late operations of 15 minutes or less, *OR* those caused by legitimate reasons as *Information Only* (check box in Section 2, below.) Use ball point pen and distribute as indicated on the bottom of each copy.

☐ Failure to observe contract schedule

| Actual arrival | Scheduled Arrival |
|---|---|
| | |
| **Scheduled Departure** | **Actual Departure** |
| | |

☐ Failure to Have Locks on Doors

☐ Safety Violation *(Explain below)*

☐ Unsatisfactory Vehicle *(Explain below)*

☒ Other *(Explain below)*

Explanation:
On December 7 2007 you failed to provide a employee on your Contract Route 29907/HCR 35 for

## Section 2 – Contractor's Reply *(Use reverse if necessary)*

Complete this section and return it to the Administrative Official within *10 DAYS*. Failure to reply will be taken as admission the the facts as stated in Section 1, above, are corect.

☐ Information Only

| Signature | Title | Date |
|---|---|---|
| | | |

## Section 3 – Postal Service Comments

| Signature | Title | Date |
|---|---|---|
| | | |

12-Jun-2008 02:53 PM USPS - Washington, DC (HQ) 111-111-1111 2/16

2008-May-19 03:59 PM USPS - Bluffton, SC 843-757-8812

POSTAL SERVICE™

# Contract Route Irregularity

| Route Number | Route Title | Trip No. | Irregularity Date | Tractor-Trailer Nos. |
| --- | --- | --- | --- | --- |
| 2?CS | | | 7/?7/07 | |

| Driver's Name | Point of Irregularity |
| --- | --- |
| Janet ?ox | |

| Employee Preparing Report | Office | Title |
| --- | --- | --- |
| Calvin Johnson | Bluffton SC | Supervisor |

Contractor's Name and Address *(Include Apt./Suite Number)*

Fold Here

## Section 1 – Irregularity In Service

Prepare report on the spot when irregularity occurs. Report all irregularities. Report late operations of 15 minutes or less, OR those caused by legitimate reasons as *Information Only* (check box in Section 2, below.) Use ball point pen and distribute as indicated on the bottom of each copy.

☐ Failure to observe contract schedule

☐ Failure to Have Locks on Doors

☐ Unsatisfactory Vehicle *(Explain below)*

| Actual arrival | Scheduled Arrival |
| --- | --- |
| | |
| **Scheduled Departure** | **Actual Departure** |
| | |

☐ Safety Violation *(Explain below)*

☒ Other *(Explain below)*

Explanation: On July 17 ... Carrier ... to Scan express mail ... [illegible]

## Section 2 – Contractor's Reply *(Use reverse if necessary)*

Complete this section and return it to the Administrative Official within 10DAYS. Failure to reply will be taken as admission the the facts as stated in Section 1, above, are correct.

☐ Information Only

[illegible]

| Signature | Title | Date |
| --- | --- | --- |
| [signature] | | |

## Section 3 – Postal Service Comments

| Signature | Title | Date |
| --- | --- | --- |
| | | |

PS Form 5500, March 1995 Administrative Official - Copy 3 (Previous Editions Usable)

UNITED STATES POSTAL SERVICE™

# Contract Route Irregularity Report

| Route Number | Route Title | Trip No. | Irregularity Date | Tractor-Trailer Nos. |
|---|---|---|---|---|
| 299C5 | | | 12/5/07 | |

| Driver's Name | Point of Irregularity |
|---|---|
| Todd Fox | |

| Employee Preparing Report | Office | Title |
|---|---|---|
| Calvin Johnson | Bluffton Sc. | Supervisor |

Contractor's Name and Address *(Include Apt./Suite Number)*

Todd Fox
225 Pine Crest Circle
Bluffton, Sc. 29910

Fold Here

## Section 1 – Irregularity in Service

Prepare report on the spot when irregularity occurs. Report all irregularities. Report late operations of 15 minutes or less, OR those caused by legitimate reasons as *Information Only* (check box in Section 2, below.) Use ball point pen and distribute as indicated on the bottom of each copy.

- [ ] Failure to observe contract schedule
- [ ] Failure to Have Locks on Doors
- [ ] Unsatisfactory Vehicle *(Explain below)*
- [ ] Safety Violation *(Explain below)*
- [x] Other *(Explain below)*

| Actual arrival | Scheduled Arrival |
|---|---|
| | |
| **Scheduled Departure** | **Actual Departure** |
| | |

Explanation: On Wednesday December 5, 2007 The back door on your Van was unlocked! Postal Policy is to have your vehicle locked at all Times when on Postal Property or when your vehicle is not within your sight when delivering Mail

## Section 2 – Contractor's Reply *(Use reverse if necessary)*

Complete this section and return it to the Administrative Official within 10 DAYS. Failure to reply will be taken as admission that the facts as stated in Section 1, above, are correct.

- [ ] Information Only

| Signature | Title | Date |
|---|---|---|
| | | |

## Section 3 – Postal Service Comments

| Signature | Title | Date |
|---|---|---|
| | | |

PS Form 5500, March 1995 Contractor - Copy 1 12/5/07 (Previous Editions Usable)

UNITED STATES POSTAL SERVICE™

# Contract Route Irregularity Repo

| Route Number | Route Title | Trip No. | Irregularity Date | Tractor-Trailer Nos. |
|---|---|---|---|---|
| | L. H. Carrier | | 8/15/07 | |

| Driver's Name | Point of Irregularity |
|---|---|
| [illegible] | |

| Employee Preparing Report | Office | Title |
|---|---|---|
| [illegible] | Bluffton SC | Supervisor |

Contractor's Name and Address (Include Apt./Suite Number)

[illegible]
78 White Oaks Circle
[illegible]

Fold Here

## Section 1 – Irregularity in Service

Prepare report on the spot when irregularity occurs. Report all irregularities. Report late operations of 15 minutes or less, OR those caused by legitimate reasons as *Information Only* (check box in Section 2, below.) Use ball point pen and distribute as indicated on the bottom of each copy.

- [ ] Failure to observe contract schedule
- [ ] Failure to Have Locks on Doors
- [ ] Unsatisfactory Vehicle *(Explain below)*
- [x] Safety Violation *(Explain below)*
- [ ] Other *(Explain below)*

| Actual arrival | Scheduled Arrival |
|---|---|
| | |
| Scheduled Departure | Actual Departure |

Explanation:

On August 15, 2007 Contract employee [illegible] left her vehicle running [illegible] unattended in the postal parking lot at [illegible] All drivers were [illegible] informed on safety procedure in regards to vehicles

## Section 2 – Contractor's Reply *(Use reverse if necessary)*

Complete this section and return it to the Administrative Official within 10 DAYS. Failure to reply will be taken as admission that the facts as stated in Section 1, above, are correct.

- [ ] Information Only

Contractor Spoke with the driver about this Issue. The driver asured the contractor that it would not happen again.

| Signature | Title | Date |
|---|---|---|
| [signature] | Contractor | 8/27/07 |

## Section 3 – Postal Service Comments

| Signature | Title | Date |
|---|---|---|
| | | |

POSTAL SERVICE™

# Contract Route Irregularity Report

| Route Number | Route Title | Trip No. | Irregularity Date | Tractor/Trailer Nos. |
|---|---|---|---|---|
| | Letter Carrier | | 8/15/07 | |

| Driver's Name | Point of Irregularity |
|---|---|
| Janet Fox | |

| Employee Preparing Report | Office | Title |
|---|---|---|
| Calvin Johnson | Bluffton SC | Supervisor |

Contractor's Name and Address (Include Apt./Suite Number)

Janet Fox
78 White Oaks Circle
Bluffton, SC. 29910-5715

Fold Here

Fold Here

## Section 1 – Irregularity in Service

Prepare report on the spot when irregularity occurs. Report all irregularities. Report late operations of 15 minutes or less, OR those caused by legitimate reasons as *Information Only* (check box in Section 2, below.) Use ball point pen and distribute as indicated on the bottom of each copy.

☐ Failure to observe contract schedule

| Actual arrival | Scheduled Arrival |
|---|---|
| | |
| **Scheduled Departure** | **Actual Departure** |
| | |

☐ Failure to Have Locks on Doors

☒ Safety Violation *(Explain below)*

☐ Unsatisfactory Vehicle *(Explain below)*

☐ Other *(Explain below)*

Explanation:
On August 15, 2007 Contract employee Debbie Mayes left her Vehicle running unattended in the Postal Parking Lot at 11:05 Am All Carriers have been Informed on Safety Procedure in regards to vehicle run

## Section 2 – Contractor's Reply *(Use reverse if necessary)*

Complete this section and return it to the Administrative Official within 10 DAYS. Failure to reply will be taken as admission the the facts as stated in Section 1, above, are correct.

☐ Information Only

| Signature | Title | Date |
|---|---|---|
| | | |

## Section 3 – Postal Service Comments

| Signature | Title | Date |
|---|---|---|
| | | |



8/27/07

TRANSPORTATION CONT... OFFICER
SOUTHEAST AREA OPERATIONS

UNITED STATES
POSTAL SERVICE

4 3 2008

Date: June 26, 2007

Mr. Todd Fox
225 Pinecrest Circle
Bluffton SC 29910-7935

Dear Contractor,

Enclosed is your copy of the renewal contract HCR 299C5 Bluffton, SC to Trotting Hill Lane, SC.

Please make an appointment with the Administrative Official, Bluffton, SC so that the vehicle(s) may be inspected for contract compliance. It is the responsibility of the Administrative Official to ensure the equipment used on renewal contracts has been inspected for contract compliance and sufficiency at least 48 hours prior to start up of contract service. The completed inspection form should be returned to this office. A copy should be maintained at the local office.

By July 1, 2007, you must submit to your Administrative Official a current driver's record from the Bureau of Motor Vehicles and a PS Form 2025 for each driver.

You must submit documentation of your vehicle insurance policy to this office **PRIOR TO July 1, 2007.** This documentation must demonstrate that you meet the minimum insurance requirements for your contract. Proof of insurance consists of the following: declaration page or renewal billing notice showing the named insured as the Contractor of Record; semi-annual or annual premium showing all applicable discounts or exclusions; terms of coverage (dates) and limits of liability; and a list or schedule of all covered vehicles.

You will be required to certify your fuel usage for the last twenty-eight (28) days in June. You should document your fuel usage by completing the fuel use certification form enclosed with this letter. Submit the completed fuel use certification form and receipts to document actual costs. Fuel costs will be adjusted accordingly on your cost statement.

Your routes at the Bluffton, SC Post Office are being reviewed due to the poor performance and unprofessional behavior you have exhibited during the current contract term while working at the Beaufort, SC Post Office. Our office needs to be assured that you will continue to provide consistent, reliable fashion on *all the routes* for which you are responsible. It is your responsibility as contractor to ensure that contract requirements are met, at all times, which requires reliable equipment and reliable drivers. In addition, we expect you as the contractor to recognize that you are required to handle yourself in a professional manner in all interactions, especially those involving customers and Postal officials. We realize that these types of responsibilities can be challenging at times, but regardless, you have contracted for a service and we expect full compliance.

It is my decision as Contracting Officer, to limit the term of your renewal to a one-year term during which time the Postal Service will be closely monitoring and evaluating your performance. If that performance is not satisfactory, the contract would be allowed to expire at the end of the one-year term or terminated prior to that time.

You may contact **Tisha Gandy**, of my staff, at **901-747-7543**, if you have concerns or require information.

Sincerely,

Bobby L. Mays, Manager
Transportation Contracts

Enclosures

cc: Administrative Official

225 N Humphreys Blvd Suite 4126
Memphis, TN 38166-7071
901-747-7543
Fax: 901-747-7420

# Things to do, to prepare for the new carpet Installation

Just a friendly reminder.

- Please take all personal items, decorations and plants home until the job is completed.

- **Desks**
  1. Place all items on top of your desk in a closed box and leave it on your desk.
  2. Remove everything from under the desk and store in boxes.
  3. Hanging files should be stored in boxes along with the plastic partition strip.
  4. All drawers should be locked.

- **Cubicle-Top cabinets**
  1. Clear the tops and lock them if possible.

- **File cabinets**
  1. Clear the top & top 2 drawers and place them in boxes in front of the cabinet.
  2. All cabinets should be locked if possible.

- **Book-cases**
  1. Clear the top, top 2 shelves, put contents in boxes, tape and label, and place the boxes in front of the bookcase.

- **Computers, monitors, PRIME printer's and phone's**
  1. IT will take care of your computers, monitor's, printer's and phone. (Disconnect expected at 2 pm the day of, re-connect by 9 am the day after completion.)

- **Boxes**
  1. Boxes can weigh up to 40 lbs.
  2. You can keep up to 5 boxes in your cubical or Office. Facilities will provide carts to move your boxes to the designated conference room. (Rm# 8620).
  3. Boxes must be sealed closed and labeled.
  4. Boxes, tape, and labels are available in the copy rooms on your floor. Other supplies are available from the Facilities help desk in Room 1P100 (#4920)

- **Refrigerators**
  - Must be emptied and defrosted a day before (prevent damage to new carpet from melting ice).
  - Water coolers & bottles disconnected and moved away from area till the carpet work is completed.

Things to do, to prepare for the new carpet Installation

Just a friendly reminder.

- Please take all personal items, decorations and plants home until the job is completed.

- Desks
  1. Place all items on top of your desk in a closed box and leave it on your desk.
  2. Remove everything from under the desk and store in boxes.
  3. Hanging files should be stored in boxes along with the plastic partition strip.
  4. All drawers should be locked.

- Cubicle-Top cabinets
  1. Clear the tops and lock them if possible.

- File cabinets
  1. Clear the top & top 2 drawers and place them in boxes in front of the cabinet.
  2. All cabinets should be locked if possible.

- Book-cases
  1. Clear the top, top 2 shelves, put contents in boxes, tape and label, and place the boxes in front of the bookcase.

- Computers, monitors, PRIME printer's and phone's
  1. IT will take care of your computers, monitor's, printer's and phone. (Disconnect expected at 2 pm the day of, re-connect by 9 am the day after completion.)

- Boxes
  1. Boxes can weigh up to 40 lbs.
  2. You can keep up to 5 boxes in your cubical or Office. Facilities will provide carts to move your boxes to the designated conference room. (Rm# 8620).
  3. Boxes must be sealed closed and labeled.
  4. Boxes, tape, and labels are available in the copy rooms on your floor. Other supplies are available from the Facilities help desk in Room 1P100 (#4920)

- Refrigerators
  - Must be emptied and defrosted a day before (prevent damage to new carpet from melting ice).
  - Water coolers & bottles disconnected and moved away from area till the carpet work is completed.

# EXHIBIT B

12-Jun-2008 02:52 PM USPS - Washington, DC (HQ) 111-111-1111 2/12

2008-May-19 04:02 PM USPS - Bluffton, SC 843-757-8812 2/6

MAY 23 2008

5 Pages Long

UNITED STATES POSTAL SERVICE

(Use a ball point pen and distribute as indicated)

# Contract Route Irregularity Report

| Route Number | Route Title | Trip No. | Irregularity Date | Tractor-Trailer Nos. |
|---|---|---|---|---|
| 299D2 | | | 4/4/08 | |

| Driver's Name | Point of Irregularity | |
|---|---|---|
| Janet Fox | 226 Dillard Mill Dr | |

| Employee Preparing Report | Office | Title |
|---|---|---|
| Louise Finley | Bluffton SC | Postmaster |

Supplier's Name and Address (include zip code number)

Todd & Janet Fox
225 Pinecrest Circle
Bluffton S.C. 29910

Section 1 — Irregularity

Report all service irregularities as they occur. Report (1) late operations of 15 mi... by legitimate reasons as Information Only and check box in Section 2, below.

[ ] Failure to observe contract schedule [ ] Failure to P... ...factory Vehicle (Explain below)

Actual Arrival | Scheduled Arrival [ ] Safet... ...mmitted Service [X] Other (Explain below)

Scheduled Departure | Actual Departure

Explanation:

SEE Attachm...

file copy

Section 2 — Supplier's Reply (Use additional sheets if necessary)

Complete this section and return it to the Administrative Official within 10 DAYS. Failure to reply will be taken as admission that the facts as stated in Section 1, above, are correct. Late operations, particularly those occurring repeatedly, are chargeable offenses at Postal Service™ discretion. An indication of "Information Only" does not relieve the supplier of its obligation to reply.

[ ] Information Only

| Signature | Title | Date |
|---|---|---|
| | | |

Section 3 — Postal Service Comments

[ ] Excusable [X] Chargeable

| Signature | Title | Date |
|---|---|---|
| Louise Finley | Postmaster | 4/4/08 |

PS Form 5500, October 2005 PSN 7530-02-000-9478 (Previous Editions Usable)

1 - Supplier
2 - Supplier
3 - Administrative Official
4 - File Copy

EXHIBIT B

12-Jun-2008 02:52 PM USPS - Washington, DC (HQ) 111-111-1111 5/12
2008-May-19 04:02 PM USPS - Bluffton, SC 843-757-8812 6/6

UNITED STATES POSTAL SERVICE

# POSTAL MONEY ORDER

15-800
0000

| SERIAL NUMBER | YEAR, MONTH, DAY | POST OFFICE | U.S. DOLLARS AND CENTS |
|---|---|---|---|
| 12187151122 | 2008-04-08 | 299100 | [illegible]49.85¢ |

AMOUNT FORTY NINE DOLLARS & 85¢

NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS
SEE REVERSE WARNING

CLERK 0009

PAY TO Billy Jarnagin

ADDRESS 226 Dillard Mill Dr
Okatie SC 29909-7948

C.O.D. NO. OR USED FOR Payment for service not rendered

FROM POSTMASTER

ADDRESS 25 Thurmond Way
Bluffton, SC 29910-9998

⑆000000800⑆ 12187151122⑈

Copy of money order sent to customer

Gmail Calendar Documents Photos Reader Web more▾ billy.jarnagin@gmail.com | Settings | Help | Sign out

Gmail

Search Mail | Search the

Compose Mail

Inbox
Starred
Chats
Sent Mail
Drafts
All Mail
Spam
Trash

Contacts

› Billy Jarnagin
search, add, or invite

Your internet connection is experiencing or your network administrator has blocked Gmail chat. Learn more

▾ Labels
Edit labels

▾ Invite a friend
Give Gmail to:

Send Invite 50 left
preview invite

Yahoo! News: Entertainment News - 'Brigadoon' blooms ag

« Back to Inbox Archive Report Spam Delete

More actions . 1 of 55 Older ›

# Fwd: Receipt for Order #VG27

"kels81178@aol.com" show details 3:47 pm (0 minu

-----Original Message-----
From: Vince Becker <vince@vpbphoto.com>
To: kels81178@aol.com
Sent: Mon, 17 Mar 2008 11:39 am
Subject: Receipt for Order #VG274240

Thanks for ordering - make sure to keep your copy of the case.

| Item | Package | Qty | Price | E |
|---|---|---|---|---|
| 26311356 00013 0094 | 8x10 Laminated Print | 2 | $2 | |

Subtotal: $43.90
Shipping: $5.95
Tax: $0.00
TOTAL: $49.85

ORDER DETAILS
OrderID: VG274240
Order Date: 3/17/2008 10:39:56 AM
Event: Critz Race for Preservation 5K/10K

BILLING DETAILS

04/03/2008 Billy Jarnagin came to the door and said he received these pictures bent. He showed me the pictures and the pictures he had taken showing how they were received. They were bent across the chest area of both the people on the picture. He said this girl ran with him and it was going to be a surprise for her. He then said if I could get the money back for them I would appreciate it. I asked if he had an invoice and he said he could get one. I asked how much they were and he said $24.00 per picture or $48.00. I then asked if he got the money could he replace them and he said he thought they could. I told him I was sorry and would check into it.

The address and name on the envelope was Kelly T Jarnagin 226 Dllard Mill Dr Okatie Sc 29909-7845 this is on HCR route 299D2 that Janet Fox carries. That afternoon 04/03/2008 Thursday afternoon I saw Janet and showed her the pictures and she said she didn't do it. I asked her how they got bent and she said she didn't know. She said she would watch this in the future though. I told her this cost the customer $48.00 and since they were bent by you that you should pay. She said first off, I didn't do it, and if I did I would want to see if I could iron the pictures before I spend $48.00. I told her again I think you should pay the $48.00. She said if I do I want a receipt for it. Then she said her husband Todd would talk to me tomorrow. I told her OK.

The next morning Friday 04/04/2008 Todd came into the office and I showed him the pictures and he said he, his wife or none of his people did this. I said how do you explain these pictures. He said I don't know but we didn't do it. I told him the pictures show it's bent and it was delivered by you and I think you should pay the $48.00 to the customer. He asked if they took a picture of the article when it was in the box. I told him no, but you can see from the pictures they are bent. He said there was no proof they did this. I asked what more proof do you need to see it was delivered bent. He then told me the box for this address is a flat type box and it would have been delivered flat. I told him if you had delivered it flat it would have flatted it out and it would not be able to stand by itself bent like it is. He then said how do we know this wasn't done earlier. He said there is no proof they did it. I said so you're saying you didn't do this. He said yes. I then told him do you think the person folded there own pictures and came in just so they could complain? He said it could have been that way, you know how some people are. I then said so you're not going to take responsibility for this. He said no there is noting there showing we did it. I told him that was not good customer service. He said if there had been something showing they did it things would be different. He then told me they have insurance for this and I said you need to file on your insurance. He then said

# EXHIBIT C

UNITED STATES POSTAL SERVICE™

# Contract Route Irregularity Report

| Route Number | Route Title | Trip No. | Irregularity Date | Tractor-Trailer Nos. |
|---|---|---|---|---|
| | | | 12/7/07 | |

| Driver's Name | Point of Irregularity |
|---|---|
| Todd Fox | |

| Employee Preparing Report | Office | Title |
|---|---|---|
| Calvin Johnson | Bluffton SC | Supervisor |

Contractor's Name and Address *(include Apt./Suite Number)*

Todd Fox
225 Pine Crest Circle
Bluffton SC 29910

Fold Here

## Section 1 – Irregularity in Service

Prepare report on the spot when irregularity occurs. Report all irregularities. Report late operations of 15 minutes or less, OR those caused by legitimate reasons as *Information Only* (check box in Section 2, below.) Use ball point pen and distribute as indicated on the bottom of each copy.

- ☐ Failure to observe contract schedule
- ☐ Failure to Have Locks on Doors
- ☐ Unsatisfactory Vehicle *(Explain below)*
- ☐ Safety Violation *(Explain below)*
- ☒ Other *(Explain below)*

| Actual arrival | Scheduled Arrival |
|---|---|
| | |
| **Scheduled Departure** | **Actual Departure** |
| | |

Explanation:
On December 7 2007 you failed to provide a employee on your Contract Route 29907/HCR 35 for

## Section 2 – Contractor's Reply *(Use reverse if necessary)*

Complete this section and return it to the Administrative Official within *10 DAYS*. Failure to reply will be taken as admission that the facts as stated in Section 1, above, are correct.

☐ Information Only

| Signature | Title | Date |
|---|---|---|
| | | |

## Section 3 – Postal Service Comments

| Signature | Title | Date |
|---|---|---|
| | | |

EXHIBIT C

(3)

UNITED STATES POSTAL SERVICE™

# Contract Route Irregularity Report

| Route Number | Route Title | Trip No. | Irregularity Date | Tractor-Trailer Nos. |
|---|---|---|---|---|
| 299CS | | | 12/7/07 | |

| Driver's Name | Point of Irregularity | |
|---|---|---|
| Todd Fox | | |

| Employee Preparing Report | Office | Title |
|---|---|---|
| Calvin Johnson | Bluffton SC | Supervisor |

Contractor's Name and Address *(Include Apt./Suite Number)*

Todd Fox
225 Pine Crest Circle
Bluffton SC 29910

Fold Here

## Section 1 – Irregularity in Service

Prepare report on the spot when irregularity occurs. Report all irregularities. Report late operations of 15 minutes or less, *OR* those caused by legitimate reasons as *Information Only* (check box in Section 2, below.) Use ball point pen and distribute as ndicatd on the bottom of each copy.

- [ ] Failure to observe contract schedule
- [ ] Failure to Have Locks on Doors
- [ ] Unsatisfactory Vehicle *(Explain below)*
- [ ] Safety Violation *(Explain below)*
- [x] Other *(Explain below)*

| Actual arrival | Scheduled Arrival |
|---|---|
| Scheduled Departure | Actual Departure |

Explanation:
On December 7 2007 you Failed to Provide a employee on your Contract Route 29907/HCR 38

## Section 2 – Contractor's Reply *(Use reverse if necessary)*

Cpmplete this section and return it ti the Administrative Official within **10DAYS**. Failure to reply will be taken as admission the the facts as stated in Section 1, above, are corect.

- [ ] Information Only

This is incorrect. Contractor did not fail to provide an employee on Hwy38. I was working on that route, myself. It is my understanding that Hwy 38 is an EXTENSION of Hwy 33 – not a contract. If you have a copy of a CONTRACT for Hwy 38, please provide it to me, as I am unaware of such a document.

| Signature | Title | Date |
|---|---|---|
| [signature] | Contractor | 12-15-07 |

## Section 3 – Postal Service Comments

| Signature | Title | Date |
|---|---|---|
| | | |

PS Form 5500, March 1995 Contractor – Copy 1 12/8/07 (Previous Editions Usable)

# EXHIBIT D

12-Jun-2008 02:53 PM USPS - Washington, DC (HQ) 111-111-1111 11/12

2008-May-19 03:59 PM USPS - Bluffton, SC 843-757-8812 2/16

UNITED STATES POSTAL SERVICE™

# Contract Route Irregularity

| Route Number | Route Title | Trip No. | Irregularity Date | Tractor-Trailer Nos. |
|---|---|---|---|---|
| 29?C5 | | | 7/27/07 | |

| Driver's Name | Point of Irregularity |
|---|---|
| Janet Fox | |

| Employee Preparing Report | Office | Title |
|---|---|---|
| Calvin Johnson | Bluffton, S.C. | Supervisor |

Contractor's Name and Address *(Include Apt./Suite Number)*

Fold Here

## Section 1 – Irregularity In Service

Prepare report on the spot when irregularity occurs. Report all irregularities. Report late operations of 15 minutes or less, OR those caused by legitimate reasons as *Information Only* (check box in Section 2, below.) Use ball point pen and distribute as indicated on the bottom of each copy.

- [ ] Failure to observe contract schedule
- [ ] Failure to Have Locks on Doors
- [ ] Unsatisfactory Vehicle *(Explain below)*
- [ ] Safety Violation *(Explain below)*
- [x] Other *(Explain below)*

| Actual arrival | Scheduled Arrival |
|---|---|
| | |
| **Scheduled Departure** | **Actual Departure** |
| | |

Explanation: On July 27 [illegible] Carrier [illegible] to Scan express mail EB 545 537 6?? US As [illegible] [illegible] [illegible] delivered.

## Section 2 – Contractor's Reply *(Use reverse if necessary)*

Complete this section and return it to the Administrative Official within 10DAYS. Failure to reply will be taken as admission the the facts as stated in Section 1, above, are correct.

- [ ] Information Only

| Signature | Title | Date |
|---|---|---|
| [signature] | | |

## Section 3 – Postal Service Comments

| Signature | Title | Date |
|---|---|---|
| | | |

PS Form 5500, March 1995 Administrative Official - Copy 3 (Previous Editions Usable)

EXHIBIT D

UNITED STATES POSTAL SERVICE™

# Contract Route Irregularity Report

| Route Number | Route Title | Trip No. | Irregularity Date | Tractor-Trailer Nos. |
|---|---|---|---|---|
| 299C5 | | | 7/27/07 | |

| Driver's Name | Point of Irregularity |
|---|---|
| Janet Fox | |

| Employee Preparing Report | Office | Title |
|---|---|---|
| Calvin Johnson | Bluffton SC. | Supervisor |

Contractor's Name and Address *(Include Apt./Suite Number)*

Fold Here

## Section 1 – Irregularity in Service

Prepare report on the spot when irregularity occurs. Report all irregularities. Report late operations of 15 minutes or less, ***OR*** those caused by legitimate reasons as *Information Only* (check box in Section 2, below.) Use ball point pen and distribute as ndicatd on the bottom of each copy.

☐ Failure to observe contract schedule

| Actual arrival | Scheduled Arrival |
|---|---|
| Scheduled Departure | Actual Departure |

☐ Failure to Have Locks on Doors

☐ Safety Violation *(Explain below)*

☐ Unsatisfactory Vehicle *(Explain below)*

☒ Other *(Explain below)*

Explanation: On July 27, 2007 Carrier Failed to Scan express Mail # EB 545529635US As Attempted, Mail Piece was Not Scanned until July 28, 2007 As delivered.

## Section 2 – Contractor's Reply *(Use reverse if necessary)*

Complete this section and return it li the Administrative Official within ***10DAYS***. Failure to reply will be taken as admission the the facts as stated in Section 1, above, are corect.

☐ Information Only

Contractor spoke with driver + the driver does not remember failing to scan this Express mail package. It had been 2 weeks since the "incident" when contractor received this 5500 + so honestly the driver could not remember. a day 2 weeks prior. The contractor would appreciate receiving this irregularity report in a more timely manner in the future so as to be able to provide a more "accurate" response. Thank you.

| Signature | Title | Date |
|---|---|---|
| [signature] | Contractor | 8.27.07 |

## Section 3 – Postal Service Comments

| Signature | Title | Date |
|---|---|---|
| | | |

PS Form **5500**, March 1995 — Contractor - Copy 1 — (Previous Editions Usable)

Presented 8/11/07

# EXHIBIT E

12-Jun-2008 02:53 PM USPS - Washington, DC (HQ) 111-111-1111

2008-May-19 03:59 PM USPS - Bluffton, SC 843-757-8812 6/16

UNITED STATES POSTAL SERVICE™

# Contract Route Irregularity Report

| Route Number | Route Title | Trip No. | Irregularity Date | Tractor-Trailer Nos. |
|---|---|---|---|---|
| 299C5 | | | 12/5/07 | |

| Driver's Name | Point of Irregularity | |
|---|---|---|
| Todd Fox | | |

| Employee Preparing Report | Office | Title |
|---|---|---|
| Calvin Johnson | Bluffton Sc. | Supervisor |

Contractor's Name and Address *(Include Apt./Suite Number)*

Todd Fox
225 Pine Crest Circle
Bluffton, Sc. 29910

Fold Here

## Section 1 – Irregularity in Service

Prepare report on the spot when irregularity occurs. Report all irregularities. Report late operations of 15 minutes or less, OR those caused by legitimate reasons as *Information Only* (check box in Section 2, below.) Use ball point pen and distribute as indicated on the bottom of each copy.

- ☐ Failure to observe contract schedule
- ☐ Failure to Have Locks on Doors
- ☐ Unsatisfactory Vehicle *(Explain below)*
- ☐ Safety Violation *(Explain below)*
- ☒ Other *(Explain below)*

| Actual Arrival | Scheduled Arrival |
|---|---|
| | |
| **Scheduled Departure** | **Actual Departure** |
| | |

Explanation: On Wednesday December 5, 2007 The back door on your Van was unlocked. Postal Policy is to have your vehicle locked at all Times when on Postal Property or when your vehicle is not within your sight when delivering mail

## Section 2 – Contractor's Reply *(Use reverse if necessary)*

Complete this section and return it to the Administrative Official within 10 DAYS. Failure to reply will be taken as admission that the facts as stated in Section 1, above, are correct.

☐ Information Only

| Signature | Title | Date |
|---|---|---|
| | | |

## Section 3 – Postal Service Comments

| Signature | Title | Date |
|---|---|---|
| | | |

PS Form 5500, March 1995 Contractor - Copy 1 12/5/07 (Previous Editions Usable)

EXHIBIT E

(2)

UNITED STATES POSTAL SERVICE™

# Contract Route Irregularity Report

| Route Number | Route Title | Trip No. | Irregularity Date | Tractor-Trailer Nos. |
|---|---|---|---|---|
| 299C5 | | | 12/5/07 | |

| Driver's Name | Point of Irregularity |
|---|---|
| Todd Fox | |

| Employee Preparing Report | Office | Title |
|---|---|---|
| Calvin Johnson | Bluffton Sc. | Supervisor |

Contractor's Name and Address *(Include Apt./Suite Number)*

Todd Fox
225 Pine Crest Circle
Bluffton, Sc. 29910

Fold Here

## Section 1 – Irregularity in Service

Prepare report on the spot when irregularity occurs. Report all irregularities. Report late operations of 15 minutes or less, *OR* those caused by legitimate reasons as *Information Only* (check box in Section 2, below.) Use ball point pen and distribute as ndicatd on the bottom of each copy.

- [ ] Failure to observe contract schedule
- [ ] Failure to Have Locks on Doors
- [ ] Unsatisfactory Vehicle *(Explain below)*
- [ ] Safety Violation *(Explain below)*
- [x] Other *(Explain below)*

| Actual arrival | Scheduled Arrival |
|---|---|
| Scheduled Departure | Actual Departure |

Explanation: On Wednesday December 5, 2007 The back door on your Van was unlocked Postal Policy is to have your vehicle locked at all Times when on Postal Property or when your Vehicle is not within your sight when delivering Mail

## Section 2 – Contractor's Reply *(Use reverse if necessary)*

Cpmplete this section and return it ti the Administrative Official within 10DAYS. Failure to reply will be taken as admission the the facts as stated in Section 1, above, are corect.

- [ ] Information Only

Contractor will be more careful & make sure that his vehicle is locked at all times. At the time the vehicle back door was unlocked, there was no US Postal Service property in the vehicle. Can you please provide me a copy of this "unlocked vehicle/Postal Policy" so that I can have it for my files. thank you.

| Signature | Title | Date |
|---|---|---|
| TF | Contractor | 12-15-07 |

## Section 3 – Postal Service Comments

| Signature | Title | Date |
|---|---|---|
| | | |

PS Form 5500, March 1995 — Contractor - Copy 1 — 12/8/07 — (Previous Editions Usable)

# EXHIBIT F

UNITED STATES POSTAL SERVICE™

# Contract Route Irregularity Repo

| Route Number | Route Title | Trip No. | Irregularity Date | Tractor-Trailer Nos. |
|---|---|---|---|---|
| | [illegible] | | 8/15/07 | |

| Driver's Name | Point of Irregularity |
|---|---|
| [illegible] | |

| Employee Preparing Report | Office | Title |
|---|---|---|
| [illegible] | Bluffton Sc. | [illegible] |

Contractor's Name and Address (Include Apt./Suite Number)

[illegible]
78 White Oaks Circle
[illegible]

Fold Here

## Section 1 – Irregularity in Service

Prepare report on the spot when irregularity occurs. Report all irregularities. Report late operations of 15 minutes or less, OR those caused by legitimate reasons as *Information Only* (check box in Section 2, below.) Use ball point pen and distribute as indicated on the bottom of each copy.

☐ Failure to observe contract schedule ☐ Failure to Have Locks on Doors ☐ Unsatisfactory Vehicle *(Explain below)*

| Actual arrival | Scheduled Arrival |
|---|---|
| | |

☑ Safety Violation *(Explain below)* ☐ Other *(Explain below)*

Explanation:

On August 15, [illegible] Contract employee [illegible] Delbe [illegible] her vehicle running [illegible] unattended in the Postal Parking lot at 1405 A... [illegible] was [illegible] instructed on safety procedure in regards to vehicle [illegible]

## Section 2 – Contractor's Reply *(Use reverse if necessary)*

Complete this section and return it to the Administrative Official within 10 DAYS. Failure to reply will be taken as admission that the facts as stated in Section 1, above, are correct.

☐ Information Only Contractor Spoke with the driver about this Issue. The driv[er] asured the contractor that it would not happen again.

| Signature | Title | Date |
|---|---|---|
| [signature] | Contractor | 8/27/07 |

## Section 3 – Postal Service Comments

| Signature | Title | Date |
|---|---|---|
| | | |

EXHIBIT F
tabbies®

12-Jun-2008 02:53 PM USPS - Washington, DC (HQ) 111-111-1111 10/12

2008-May-19 03:59 PM USPS - Bluffton, SC 843-757-8812 8/16

POSTAL SERVICE

**Contract Route Irregularity Report**

| | | | | |
|---|---|---|---|---|
| Route Number | Route Title: Letter Carrier | Trip No. | Irregularity Date: 8/15/07 | Tractor-Trailer Nos. |
| Driver's Name: Janet Fox | Point of Irregularity | | | |
| Employee Preparing Report: Calvin Johnson | Office: Bluffton SC | | Title: Supervisor | |

Contractor's Name and Address (Include Apt/Suite Number)

Janet Fox
78 White Oaks Circle
Bluffton, SC 29910-5715

Fold Here

## Section 1 – Irregularity in Service

Prepare report on the spot when irregularity occurs. Report all irregularities. Report late operations of 15 minutes or less, OR those caused by legitimate reasons as *Information Only* (check box in Section 2, below.) Use ball point pen and distribute as indicated on the bottom of each copy.

- ☐ Failure to observe contract schedule
- ☐ Failure to Have Locks on Doors
- ☐ Unsatisfactory Vehicle *(Explain below)*
- ☒ Safety Violation *(Explain below)*
- ☐ Other *(Explain below)*

| Actual arrival | Scheduled Arrival |
|---|---|
| Scheduled Departure | Actual Departure |

Explanation: Contract employee Debbie Mayes left her On August 15, 2007 Vehicle running unattended in the Postal Parking Lot at 11:05 Am All Carriers have been informed on Safety Procedure, in regards to vehicle run

## Section 2 – Contractor's Reply (Use reverse if necessary)

Complete this section and return it to the Administrative Official within 10 DAYS. Failure to reply will be taken as admission the the facts as stated in Section 1, above, are correct.

☐ Information Only

| Signature | Title | Date |
|---|---|---|
| | | |

## Section 3 – Postal Service Comments

| Signature | Title | Date |
|---|---|---|
| | | |

PS Form 5500, March 1995 Contractor - Copy 1 (Previous Editions Usable)

8/27/07

Rec'd 8/27/07

UNITED STATES POSTAL SERVICE™

# Contract Route Irregularity Report

| Route Number | Route Title | Trip No. | Irregularity Date | Tractor-Trailer Nos. |
|---|---|---|---|---|
| | Letter Carrier | | 8/15/07 | |

| Driver's Name | Point of Irregularity | |
|---|---|---|
| Janet Fox | | |
| **Employee Preparing Report** | **Office** | **Title** |
| Calvin Johnson | Bluffton Sc. | Supervisor |

Contractor's Name and Address *(Include Apt./Suite Number)*

Janet Fox
178 White Oaks Circle
Bluffton, Sc. 29910-5715

Fold Here

Fold Here

## Section 1 – Irregularity in Service

Prepare report on the spot when irregularity occurs. Report all irregularities. Report late operations of 15 minutes or less, ***OR*** those caused by legitimate reasons as *Information Only* (check box in Section 2, below.) Use ball point pen and distribute as ndicatd on the bottom of each copy.

- [ ] Failure to observe contract schedule
- [ ] Failure to Have Locks on Doors
- [ ] Unsatisfactory Vehicle *(Explain below)*
- [x] Safety Violation *(Explain below)*
- [ ] Other *(Explain below)*

| Actual arrival | Scheduled Arrival |
|---|---|
| **Scheduled Departure** | **Actual Departure** |
| | |

Explanation:
On August 15, 2007 Contract employee Debbie Mayes left her Vehicle running unattended in the Postal Parking Lot at 11:05 Am All Carriers have been informed on Safety Procedure in regards to Vehicle run

## Section 2 – Contractor's Reply *(Use reverse if necessary)*

Cpmplete this section and return it ti the Administrative Official within ***10DAYS***. Failure to reply will be taken as admission the the facts as stated in Section 1, above. are corect.

- [ ] Information Only

Contractor Spoke with the driver about this Issue. The driver asured the contractor that it would not happen again.

| Signature | Title | Date |
|---|---|---|
| [signature] | Contractor | 8/27/07 |

## Section 3 – Postal Service Comments

| Signature | Title | Date |
|---|---|---|
| | | |



8/27/07