**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **TODD FOX** | ) | **BID PROTEST** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Fed. Cl. No. 08-465C** |
| | ) | **(J. Bruggink)** |
| **UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**PLAINTIFF'S FIRST SUPPLEMENT OF ITS MEMORANDUM IN SUPPORT OF ITS APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Plaintiff Todd Fox hereby supplements its June 25, 2008 "Plaintiff's Memorandum in Support of its Application for a Temporary Restraining Order and Preliminary Injunction" to provide the Court notice of additional relevant provisions from the U.S. Postal Service *Supplying Principles and Practices* manual (SPP). The arguments made in this supplemental memorandum are in addition to the grounds already set out in our initial memorandum.

The SPP contains a separate section applicable to "Mail Transportation Purchasing." (Exhibit 1, SPP excerpts, May 1, 2006 edition.) Under the section headed "Renewal of Contracts," the SPP provides, in pertinent part:

> If a contract will not be renewed, or terms for renewal cannot be agreed upon in whole or in part, any continuing service requirement may be the subject of a new *competitive RFP*.

(Exhibit 1, p. 428, emphasis added.) Thus, according to the SPP, when a contract is not renewed, continuing service may be subject to a "competitive RFP." By excluding Fox from the re-procurement of this service, the Postal Service has failed to conduct a "competitive RFP."

In the SPP's Mail Transportation Purchasing section, the SPP also contains a heading called "Eligibility Requirements (for Suppliers)." (Exhibit 1, pp. 435-36.) This section contains a bulleted list of conditions which make a person ineligible to perform services under a mail transportation contract. The list does not make contractors who have not had their contracts renewed ineligible to perform services under a mail transportation contract. *Id.* Thus, it was not appropriate for the Postal Service to exclude Fox from the re-procurement simply because his contracts were not renewed.

June 26, 2008

Respectfully submitted,

s/David P. Hendel
David P. Hendel
**AKERMAN SENTERFITT WICKWIRE GAVIN**
8100 Boone Blvd., Suite 700
Vienna, Virginia 22182
(703) 790-8750 - phone
(703) 448-1767 - fax

***Counsel for Todd Fox***

*Of Counsel:*
Sarah M. Graves
**AKERMAN SENTERFITT WICKWIRE GAVIN**
8100 Boone Blvd., Ste. 700
Vienna, Virginia 22182
(703) 790-8750 - phone
(703) 448-1767 – fax

**CERTIFICATE OF FILING**

I hereby certify that on June 26, 2008, a copy of the foregoing "Plaintiff's First Supplement of Its Memorandum in Support of Its Application For a Temporary Restraining Order and Preliminary Injunction" and accompanying Exhibit 1 was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

__s/David P. Hendel_________