### Environmental Engineering Services

When the Postal Service requires environmental engineering services such as the design and/or monitoring of environmental mitigation, abatement, or clean-up measures, an engineering supplier should be retained using the procedures applicable to procurement of A/E services. In those cases where a supplier is hired to both design and perform environmental mitigation, abatement, or clean-up measures, the supplier should be retained using the procedures applicable to purchase of design-build services.

## Mail Transportation Purchasing

Mail transportation purchasing is the purchase of mail transportation and related services. The following addresses the purchase of mail transportation services authorized in Part V of title 39, U.S. code, and those authorized under applicable guidelines of 49 U.S.C. 41904. It also addresses the purchase of ancillary services directly related to the transportation of mail.

### Purchasing Method

Generally, and depending on the item being purchase, mail transportation is purchased following the policies and procedures contained in the Supplying Practices. In case of any conflict between this section and those Practices, the guidelines of this section govern.

### Administrative Officials

Administrative officials are Postal Service officials designated by a Contracting Officer to supervise and administer a Supplier's performance of mail transportation and related services. Officials so designated do not have the authority to make contract changes as described below.

### Contracting Officer's Representative

A Contracting Officer may designate, by name and position title, Postal Service employees to serve as Contracting Officers' representatives (see the Appoint Contracting Officer's Representatives (CORs) topic of the Plan for Contract Management task of Process Step 3: Select Supplier). These individuals are authorized to take actions related to the award and administration of specified contracts. Designations must be in writing and must clearly specify the contracts or types of contracts over which the Contracting Officer's representative has delegated authority. Designations remain in effect until:

- Revoked by the Contracting Officer or the Contracting Officer's successor; or
- Revoked by the departure or reassignment of the individual designated.

### Authority and Limitations

A Contracting Officer's representative is authorized to:

- Review and grant contract adjustments when the annual compensation paid under the contract will not increase or decrease by more than 10 percent.
- Discuss, approve, and sign orders and contract modifications changing service schedules, provided that the annual compensation paid under the contract will not increase or decrease by more than 10 percent; and
- Review and sign contract modifications having no effect on cost or price.

A Contracting Officer's representative may not award, agree to, or sign any contract or, except as described above, any contract modification or termination notice. Only Contracting Officers have such authority.

### Restrictions

CORs must be employed in the Executive and Administrative Schedule or the Postal Career Executive Service. They may not redelegate their authority. They may, however, assign the performance of administrative tasks to their subordinates.

## Establishing Mailing Lists

If suppliers have not been prequalified, the Contracting Officer, working with the Purchase/SCM Team, must establish a list of potential suppliers for each RFP, and maintain lists of potential suppliers for services solicited on a recurring basis. Suppliers wishing to be included on the national mailing list may apply by submitting Form 5436, *Mailing List Application — Mail Transportation Services,* or by letter providing the information required by the Purchase/SCM Team. Suppliers must be retained on mailing lists for 2 years from the date of their application or the date of their most recent response to a solicitation, which ever is later. Those that have been removed from mailing lists may be reinstated by filing a new application.

### Use of Mailing Lists

The Purchase/SCM Team, using its knowledge of the marketplace and depending on the particular purchase, should solicit enough mailing list suppliers to ensure adequate competition. In addition, the Contracting Officer may have an announcement of the request for proposals (RFP) published in the Government-wide Point of Entry (GPE). Announcements of RFPs may be made available to newspapers, other news media, and trade journals at no cost to the Postal Service. Paid commercial announcements or advertisements may be used when determined by the Contracting Officer to be in the Postal Service's interest. Unless precluded by urgency, any announcement must appear at least 30 days before the date for receipt of proposals.

## Contract Type

Information relevant to contract type is available in the Select Contract Type topic of the Develop Sourcing Strategy task of Process Step 2: Evaluate Sources.

## Contract Term

Except for air and terminal-handling contracts, the term of the contract must be one of the following:

- *Regular Contract.* A fixed-term contract that cannot exceed 4 years unless warranted by special conditions or the use of special equipment. In these cases, the contract may be for a 6-year term.
- *Emergency Contract.* A contract entered into for the duration of an emergency under the authority of 39 U.S.C. 5001.
- *Temporary Contract.* A short-term contract that may not exceed 2 years, and that may be terminated by either party without entitlement or indemnity.

### Use of Contracts

Regular contracts should be used whenever possible. Temporary contracts may be used only when (a) the need for the service is expected to be 2 years or less, or (b) the need for the service has been established, but the duration, frequency, or volume of mail are not certain. Temporary contracts must be replaced with regular contracts as soon as service requirements are firmly established.

Emergency contracts may be entered into only when an emergency exists, and must terminate when the emergency ceases and the Postal Service is able to obtain service otherwise pursuant to its contracting authority. No emergency contract may remain in effect more than 6 months without the approval of the manager, Transportation Portfolio. Circumstances under which emergency contracts may be appropriate include the following:

- A catastrophic event has interrupted normal transportation operations.
- Strikes or other labor disputes are causing service interruptions.
- A mail transportation supplier has been suspended or removed or a contract has been terminated.
- A sole highway supplier has died or become incompetent and the estate representative will not continue service.
- The generation of mail at unanticipated locations or an unexpected increase in mail volume at regular locations exceeds the mail hauling capacity of the Postal Service or regular suppliers.

## Modes of Transportation

Transportation contracts are distinguished by the mode of transportation service provided. A contract for any mode of service may require container and additional services such as stevedoring, terminal handling, and ground drayage between postal facilities and the supplier's facilities. The modes follow:

### Air Transportation

- *Air Taxi.* Air taxi contracts call for the transportation of mail by dedicated aircraft operating between two or more specified points. In most cases, these contracts also call for the exclusive use of the entire aircraft capacity for the transportation of mail. Handbook PO-513, *Mail Transportation Handbook,* and more specifically, Handbook PO-509, *Air Taxi Contract Administration,* provides guidelines and procedures in the purchase and administration of air taxi contracts. If any conflict occurs between the handbooks and these guidelines, these guidelines apply.
- *Air Network.* Air transportation network contracts call for the transportation of mail by air carrier, usually by dedicated aircraft between points where hub transfers are used.
- *Air Segment.* Air transportation segment contracts call for the transportation of mail by air carrier between an origin and a destination specified by the Postal Service.
- *Air System.* Air system contracts call for the transportation of mail from, to and between any point(s) within the air carrier's existing transportation system or network. The air carrier's existing system may be modified from time to time as determined by the air carrier. An air carrier's transportation system consists primarily of transportation by aircraft, but may include road feeder service (RFS) connections. Such contracts may be awarded either (a) through a competition in which price is a factor in the selection decision; or (b) on the basis of a uniform or common rate set by the Postal Service. If price is a factor in selecting air system suppliers, the purchasing procedures contained in the Supplying Practices should be followed. If set rate contracts are solicited, the purchasing method used must be authorized by the manager, Transportation Portfolio. The method used may deviate from those in the Supplying Practices, so long as those procedures (a) are reasonably adapted to negotiated, set rate contracting; and (b) are approved in writing, prior to issuance of a RFP, by the manager, Transportation Portfolio.
- *Surface Airlift.* A surface airlift contract calls for the airlifting of surface mail to its destination.

### Ground Transportation

- *Highway.* Highway transportation is the surface transportation of mail by means other than bus, rail or water. Service may be between either two or more designated points (over the road) or

within a local metropolitan area (shuttle service). Highway transportation contracts may include requirements for the in-route distribution of mail in specially designed and equipped vehicles, box delivery, collections and other services similar to those provided by rural carriers. Under these contracts, another suitable means of transportation may be authorized when the use of a motor vehicle would prove impracticable.

- *Rail Transportation.* A rail transportation contract calls for the transportation of mail in rail carrier supplied or Postal Service-furnished equipment by freight carriers or their subcontractors. These contracts may incorporate one or many origin/destination segments. Handbook PO-513, *Mail Transportation Handbook,* provides guidelines and procedures in the purchase and administration of rail contracts. If any conflict occurs between the handbook and these Practices, these Practices apply.
- *Amtrak Transportation.* An Amtrak transportation contract consists of mail movement from various origins to various destinations via Amtrak passenger train network. Mail is transported in either mail handling cars (MHCs), baggage cars or other equipment as specified in the requirements. Handbook PO-513, *Mail Transportation Handbook,* provides guidance and procedures for the purchase and administration of the Amtrak contract. If any conflict occurs between the handbook and these Practices, these Practices apply.
- *Intermodal Transportation.* Intermodal transportation is the transportation of mail in carrier-supplied or Postal Service-furnished equipment by the use of intermodal carriers or subcontractors. These Intermodal carriers include rail carriers, highway suppliers, or third party intermodal companies. Intermodal transportation is the combination of more than one mode of transportation to move mail between origin and destination (for example, the use of highway and rail transportation to complete one movement of mail from origin entry to destination arrival).
- *Bus.* Bus contracts call for the transportation of mail by passenger common carriers in passenger-carrying or other motor vehicles on the routes on which they are permitted to carry passengers. These contracts may either cover a segment of the particular bus service or may cover the entire bus system or network.

## Water Transportation

- *Domestic Inland Water.* A domestic inland water contract calls for the transportation of mail in vessels between points within the 48 contiguous states or between points within Alaska, Hawaii, or U.S. territories and possessions. Such a contract may include guidelines requiring box delivery, collection and other services similar to those furnished by highway suppliers or rural carriers.

- *Domestic Offshore Water.* Domestic offshore water contracts call for the transportation of mail in vessels between points in the 48 contiguous states and offshore points and points in Alaska, Hawaii, or U.S. territories and possessions.
- *International Ocean.* An international water contract is a contract with U.S. or foreign-flag carriers for the transportation of mail by vessel from points in the United States or its territories and possessions to points in foreign countries.

### Ground Transportation Network

Ground transportation network contracts call for the transportation of mail by ground truck operations and may include ancillary terminal handling or delivery requirements as determined by the Postal Service.

### Terminal Handling

Terminal handling contracts call for the sorting, dispatching, loading, or unloading of mail into and out of transportation equipment. These services may be performed at the supplier or the Postal Service terminal handling facility and may or may not be ancillary in nature to the line-haul services performed by the same or other suppliers.

### Leased Trailer

Leased trailer contracts call for the lease of trailers for transportation of mail within geographical areas designated by the Postal Service. These contracts may contain provisions for trailer maintenance and repair service and load restraint systems, and other related requirements determined to be in the best interest of the Postal Service.

## Alternatives to Contracts

The following may be used to obtain mail transportation services:

- *Domestic Air Transportation Services.* Transportation of mail between points within the state of Alaska performed by scheduled air carriers and paid for at rates of compensation established by the Department of Transportation in its service mail rate orders (30 U.S.C. 5402(f)).
- *International Ocean Transportation.* International ocean transportation services may be obtained on a per-pound basis by tender. Mail of all classes and empty mail equipment may be tendered to U.S. and foreign-flag steamship companies for transportation in accordance with the scheduled rates at Figure 1 (International Ocean Transportation Schedule of Rates), unless the responsible manager has negotiated other rates. Mail may be tendered at postal facilities for transport by the steamship company to the pier, or at the carrier’s facility. The schedule or negotiated rates include any costs incurred for such transport.

- *International Air Transportation.* International air transportation services other than those for which the Postal Service has contracting authority under Title 39 U.S.C. 5402(a) and (b) and 49 U.S.C. 41904 must be obtained from carriers with permits and reimbursed pursuant to Department of Transportation service mail rate orders.

Figure 3
**International Ocean Transportation Schedule of Rates**

| Distance (Nautical Miles) | Rate (cents/lb) |
|---|---|
| 0–499 | $16.0 |
| 500–999 | 16.4 |
| 1,000–1,499 | 16.7 |
| 1,500–1,999 | 17.1 |
| 2,000–2,499 | 17.4 |
| 2,500–2,999 | 17.8 |
| 3,000–3,499 | 18.1 |
| 3,500–3,999 | 18.4 |
| 4,000–4,499 | 18.8 |
| 4,500–4,999 | 19.1 |
| 5,000–5,499 | 19.5 |
| 5,500–5,999 | 19.8 |
| 6,000–6,499 | 20.2 |
| 6,500–6,999 | 20.5 |
| 7,000–7,499 | 20.8 |
| 7,500–7,999 | 21.2 |
| 8,000–8,499 | 21.5 |
| 8,500–8,999 | 21.9 |
| 9,000–9,499 | 22.2 |
| 9,500–9,999 | 22.6 |
| 10,000–10,499 | 22.9 |
| 10,500–10,999 | 23.2 |
| 11,000–11,499 | 23.6 |
| 11,500–11,999 | 23.9 |
| 12,000–12,499 | 24.3 |
| 12,500–12,999 | 24.6 |
| 13,000–13,499 | 25.0 |
| 13,500–13,999 | 25.3 |
| 14,000–14,499 | 25.7 |
| 14,500–14,999 | 26.1 |

## Renewal of Contracts

Competitively awarded regular and temporary mail transportation contracts may be renewed by the mutual agreement of the Postal Service and the supplier. Regular or temporary highway and inland water contracts that have been wholly subcontracted less than 6 months before their expiration date (except those subcontracted by an immediate family member of a deceased or incompetent supplier) may not be renewed. Wholly subcontracted contracts that have been in effect for greater than 6 months are eligible for renewal and may be renewed by mutual agreement between the Postal Service and the subcontractor, by which the subcontractor becomes the prime Supplier under the renewal contract. Clause B-78: Renewal must be included in transportation contracts that may be considered for renewal.

Renewal contracts have the following characteristics:

- *Duration.* The renewal term of a temporary contract may not exceed 2 years, and the renewal term of a regular contract may not exceed the greater of 4 years or the original contract term.
- *Service.* The service provided at the beginning of the renewal term must be the same as that existing at the end of the previous contract term.
- *Contract Rate.* The contract rate at the beginning of the contract renewal term must be the contract rate in existence at the end of the previous contract term.

Renewals involve the following procedures:

- *Establishing Requirements.* Before entering into discussions for the renewal of a contract, the Purchase/SCM Team must determine the need to be met by the renewal contract and a reasonable rate for the service that will meet that need.
- *Determining Satisfactory Service.* Contracts should not be renewed with Suppliers who are currently providing less than satisfactory service. Faults in service which do not rise to the level of deficiencies and thus would justify termination for default may be sufficient to support a determination not to renew.
- *Negotiating Service and Price.* Having determined that a contract is appropriate for renewal, the Contracting Officer with the assistance of the Purchase/SCM Team enters into discussions with the Supplier on the terms of the renewal contract. Before agreeing to the final terms, the Purchase/SCM Team must determine that renewal offers the best value and most advantageous alternative to the Postal Service, price, and other factors considered. For the purpose of this determination, “other factors” may include the benefits of continuity of service and the potential costs of disruption arising out of resolicitation.

If agreement is reached on the renewal terms, the existing contract is modified to reflect any adjustments in service and rates. If a contract will not be renewed, or terms for renewal cannot be agreed upon in whole or in part, any continuing service requirement may be the subject of a new competitive RFP.

The determinations made throughout the renewal process must be thoroughly documented in the contract renewal file. It is important to note that emergency contracts may not be renewed.

## Extension and Short-Term Renewal of Contracts

When appropriate, Contracting Officers may issue modifications extending the term of a contract, as distinct from the renewal of a contract. The contract term may be extended in increments of up to 1 year, provided the extension does not result in a total term of more than 2, 4, or 6 years, whichever is the allowable maximum contract term. The extension must be made with the consent of the Supplier by a supplemental agreement, and the need for the extension must be documented in the contract file.

Pending full renewal in accordance with the guidelines bilaw, an expiring contract that is eligible for renewal may be renewed for short terms of up to 1 year by mutual agreement of the parties. When the full renewal is approved, the short-term renewal may be converted into a full-term renewal to cover the full remaining term of the contract.

## Contract Changes

Contracting Officers, working with the Purchase/SC M Team, may take action to discontinue, extend, or curtail contracts; to change and restate service required; and to increase or decrease frequencies. The Purchase/SCM Team must carefully consider the effect of any proposed contract change. No change may be authorized that is contingent on or related to a change in another contract service without the concurrence of the Contracting Officer responsible for the other service.

## Termination for Convenience

A contract, or any part of a contract, should be terminated if it becomes unnecessary or if it is to be superseded by some other service. The Supplier must be notified in writing of the termination and is entitled to the indemnity provided in the contract. If it is more advantageous to operate than to pay the indemnity, the service should be continued. Discontinuance of service under the contract may, in some instances, be to the advantage of the Supplier. In these instances, if the Supplier is willing to waive the indemnity, the waiver must be included in a contract modification discontinuing the service. In the case of highway or inland domestic water routes, the waiver must be included in a supplemental agreement signed by the Supplier.

Suppliers should be provided as much advance notice as possible when a contract is to be terminated before the end of its term. Specific requirements for notice may be stated in the contract. A Supplier may be notified by letter of intent to discontinue in advance of issuing a formal notice. In the case of highway, inland domestic water routes or air taxi, the termination must be approved by the manager, Transportation Portfolio, prior to being issued.

## Service Changes to Highway or Domestic Inland Water Contracts

There are two general types of service changes: minor service changes and major service changes. They are affected by contract modification.

A minor service change is any change that results in a change in equipment type or termini; an extension; a curtailment; a change in line of travel; or a permanent increase in the frequency or number of trips which, either individually or in combination with previous changes, does not increase by more than 100 percent the mileage required at the beginning of the contract or renewal term. An insignificant minor service change is one that increases the Supplier's rate of pay by no more than $2,500. A significant minor service change is one that increases the Supplier's rate of pay by more than $2,500.

A major service change is any service change other than a minor service change.

### Effecting Service Changes

*Insignificant Minor Service Change.* Insignificant minor service changes resulting in increased compensation to the Supplier may be ordered by the Contracting Officer as a unilateral contract modification. They do not require the Supplier's approval. The Contracting Officer may authorize an equitable increase in compensation at the existing rate or at such other rates as the Contracting Officer determines to be fair and reasonable. If the Supplier considers the amount of increase inequitable, the Contracting Officer must attempt to negotiate a mutually agreeable increase and incorporate it by contract modification. If time permits, the Contracting Officer may discuss the change and increase in compensation with the Supplier; if an agreement on compensation is reached, the change may be made by contract modification. If agreement cannot be reached, the Contracting Officer may issue a unilateral contract modification and determine the amount of increased compensation, subject to Clause B-9: Claims and Disputes.

*Significant Minor Service Change.* Significant minor service changes are made by contract modification, incorporating a price adjustment, with the agreement of the Supplier.

*Major Service Change.* Major service changes are discussed with the Supplier and effected by contract modification. The Contracting Officer must obtain the approval of the manager, Transportation Portfolio, before entering into discussions regarding major service changes. When determining whether or not to recommend or approve the negotiation of a major service change, the Purchase/SCM Team must take into consideration indemnity liability, the Supplier's experience in operating a service of the scope required, past performance, rate, and any factors that would indicate the proper course of action to take in the best interests of the Postal Service. When a major service change is not approved by the manager, Transportation Portfolio, the old service may be terminated and the new service purchased.

*Other Surface Contracts and Air Contracts.* Service changes for contracts other than those discussed in above may be made, consistent with the terms of the contract, provided that these changes do not:

- Alter the original intent of the contract; or
- Transform the service into an entirely new service.

Exceptional service is additional service to perform scheduled or backup route operations (such as extra trips, detour miles, and additional equipment). Exceptional service may be required only when an unanticipated increase in mail volume or other conditions arise that require the performance of additional service or equipment. Whenever feasible, Contracting Officers should hold discussions or negotiations with suppliers to establish the rate to be paid for exceptional service before its performance. When discussions or negotiations in advance would delay the mail or otherwise not be feasible, the Contracting Officer or a designated representative may order the Supplier to perform such service at pro-rata pay.

If no rate of pay for exceptional service has been negotiated in advance, the Supplier may be paid a lump sum reimbursement for the difference between costs incurred as a direct result of performing exceptional service and pro-rata payment, provided that such costs are adequately supported by evidence satisfactory to the Contracting Officer. Claims for compensation above pro-rata pay for exceptional service must be filed in writing with the Contracting Officer, with full supporting documentation, no later than 90 days after the performance of the service.

Disputes regarding compensation are handled as provided in Clause B-9: Claims and Disputes.

### Schedule Changes for Highway or Domestic Inland Water Contracts

Improvement of mail service must be the primary consideration in ordering a schedule change. Schedules may not be changed for the convenience of suppliers, subcontractors, or drivers unless the change will in no way be detrimental to the Postal Service. The Purchase/SCM Team must consider the following before making schedule changes:

- *Financial effect on the Supplier.* Reversing a schedule or requiring an excessive layover might cause sufficient increase in cost of operation to provide the basis for a request for pay adjustment.
- *Hardship on suppliers or customers.* Arbitrary action should be avoided and reasonable effort should be made to work out arrangements satisfactory to suppliers.
- *Schedule realism.* Schedules may not be set that would require running times in violation of established speed limits.

The Purchase/SCM Team must ensure that schedule changes are coordinated with all those responsible for other affected services.

The service and rate of compensation under emergency contracts may not be changed unless specifically authorized in the contract or by the manager, Transportation Portfolio.

It is essential to be aware of the following clauses:

- Clause B-71: Termination for Convenience (Transportation), must be included in all regular and temporary highway and air taxi contracts.
- Clause B-72: Termination for Convenience — Emergency Contracts, must be included in all emergency highway and air taxi contracts.
- Clause B-67: Changes (Transportation), must be included in all highway transportation regular and temporary contracts.

## Subcontracting Highway or Domestic Inland Water Contracts

For the purpose of this section, a subcontract is any agreement, other than an employer-employee agreement or a temporary agreement for labor by an owner-operator as described below, between a party that has contracted with the Postal Service to transport mail and a third party, in which the third party agrees to provide all or part of the contract service or goods or services that support performance of the prime contract. An employer-employee agreement is one under which the employee is subject to the continuing authority of the mail transportation supplier to supervise and direct the manner of work performance of the employee. Such an employer-employee agreement is also characterized by, expressly or implied, the employer's responsibility to pay compensation directly to the employee and to withhold taxes and amounts for social security benefits from the employee's compensation for the work performed under the agreement. If an owner-operator, because of illness or temporary equipment failure, is required to obtain labor from another in order to continue performance of the service as required by the contract, that transaction is not a subcontract within the meaning of this section.

The Subcontracting With Small, Minority, and Woman-Owned Businesses topic of the Perform Preaward Activities task of Process Step 2: Evaluate Sources, is applicable to subcontracts under this section.

All subcontracts that require the subcontractor to handle, deliver, or otherwise to have access to the mail must be approved by the Contracting Officer, except that a supplier may, without approval of the Contracting Officer, subcontract the whole or part of a contract or irregular mail movements such as plant loads with one or more owner-operators who provide and drive their own vehicles.

Execution by a supplier of a subcontract for the performance of contract service and its approval by the Postal Service does not release the Supplier from its contractual obligations, nor from liability for damages.

Whenever the Purchase/SCM Team determines that a Supplier has breached the contract by subcontracting the whole or part of the contract contrary to the requirements of these Guidelines, the Contracting Officer may terminate the contract for default.

Subcontractors performing contract service must meet the same capability and qualification requirements as the prime Supplier.

If a whole contract is subcontracted, the subcontract must be for the full remainder of the contract term, and the subcontractor's initial rate of pay must be the same as the Supplier's unless there is a change in operations costs resulting from a service change or from the enactment of a statute or ordinance or the adoption of lawful regulations by any federal, state, or local agency.

When a subcontract is terminated, the prime Supplier may be required to take charge of the route. A subcontract to provide contract service may be terminated at the subcontractor's request only with the prior approval of the Contracting Officer, which will be given only for good cause. Subcontracts for contract service are automatically terminated by death of the subcontractor or abandonment of the service by the subcontractor.

When a subcontractor performing contract service fails to comply with the terms of a contract, the Contracting Officer notifies the prime Supplier of the subcontractor's irregularities. The Contracting Officer may require removal of the subcontractor for failure to perform and that the prime Supplier resume route operations, or exercise any other remedies provided by the contracts with the prime Supplier.

*Other Surface Contracts and Air Contracts.* For other surface and air contracts whose terms permit subcontracting, the Supplier must give the Contracting Officer advance notice of its intent to subcontract. The Supplier may enter into a subcontract unless notice of disapproval is received from the Contracting Officer within 30 days of the date the notice was given.

## Release of Supplier

In the case of highway or domestic inland water contracts, when the Purchase/SCM Team determines that it is in the best interest of the Postal Service, a Supplier may be released from a contract if unable to perform adequately due to a disability, or when the Supplier's life or the public safety would be endangered by the Supplier's continued performance. Whenever practicable, a replacement contract should be awarded before the current Supplier is released. The Supplier must waive any indemnity as a condition of release. For other than highway or domestic inland water contracts, a Supplier may be released only as provided in the terms of the contract.

## Service Deficiencies

The Contracting Officer may make deductions from the payment due Supplier for failure to perform contractually required service, and may assess damages for delinquencies with regard to any contractual requirements as provided in the terms of the contract. The Contracting Officer may also

change or remit deductions and damages. Suppliers are also answerable in damages to the Postal Service for the proper care and transportation of the mail. Such damages, as determined by the Contracting Officer, may be withheld by the Postal Service from compensation otherwise due the Supplier. Suppliers are accountable to the Postal Service for loss or damage to the mail or any part thereof due to (1) loss, riffling, damage, wrong delivery, depredation, or other mistreatment of the mail by the Supplier or any of the Supplier's officers, agents, or employees, or (2) the failure of the Supplier or any of the Supplier's officers, agents, or employees to exercise due care in the custody, handling, or transportation of the mail.

When a Supplier has committed a breach of the contract not sufficiently serious to warrant termination, the Supplier may be assessed damages in an amount determined by the Contracting Officer, in accordance with the terms of the contract.

When a Supplier, or Supplier's agent or employee, permits loss or damage to the mail, the Contracting Officer may withhold from the Supplier's compensation as damages the value of the mail lost or damaged plus administrative costs of handling the irregularity. When a Supplier holding several contracts is subject to a fine or assessment for damages on one contract, the Contracting Officer may withhold compensation due under other contract held by the Supplier until such fines and damages have been recovered.

## Death or Incompetence of Supplier

The procedures below are to be followed upon the death or legally adjudged incompetence of an individual contracting in his or her own name (sole proprietorship), or in the name of a corporation all of whose stock is substantially owned by the individual (closely held corporation) and the Supplier is a highway or inland domestic water Supplier. These procedures do not apply when the death or incompetence of an owner or officer of a corporation does not significantly impair the corporation's ability to perform the contract service.

The Contracting Officer must act to maintain continuity of service. If a prime contract is affected, the representative of the estate (administrator, executor, or immediate family member) must be contacted to ascertain whether the estate wishes to continue to perform the service. If a subcontract is affected, the subcontract may be terminated and the prime Supplier is responsible for performance of the service.

The death of a sole proprietor terminates the contract, and the estate has no obligation to continue to provide the service. The representative of the estate may operate the route with the consent of the Contracting Officer. If there is reason to deny consent, the Contracting Officer must promptly submit a full written report to the manager, Transportation Portfolio, for determination. The Contracting Officer must document the file with evidence of the representative's authority to represent and assume control of the Supplier's business.

When an individual regains competence during the performance of the contract by a representative, the individual may apply to the contracting office for reinstatement as supplier. Any such application must be approved by the manager, Transportation Portfolio, before reinstatement.

### Partnership

When the Supplier is a partnership, and the death or incompetence of a member of the partnership dissolves the partnership, the surviving partner or partners may continue to operate the route. At the request of the surviving partner or partners, the Contracting Officer will order a simple name change to recognize the new contracting entity.

### Estate Representatives

When the representative of an estate assumes a route, the contract rate remains the same. Pending pay adjustment requests are processed under instructions in effect at the time of adjustment. The operator of the route is entitled to all benefits of the adjustment.

The representative of an estate may subcontract all or part of the route in accordance with the discussion of subcontracts above.

If a contract expires while being performed by the representative of an estate, the contract cannot be renewed, unless the representative is the surviving spouse or child of the deceased, in which case the contract may be renewed in that individual’s name. If the representative of an estate does not want to continue the service, or if consent is denied for the representative to continue the service, the Contracting Officer should purchase emergency service and issue a RFP for a new permanent service contract. Procedures for processing payments to deceased or incompetent suppliers are described in Handbook PO-513.

## Eligibility Requirements (for Suppliers)

Any individual 21 years of age or older, any partnership in which at least one partner is 21 years of age or older, and any corporation in which at least one of the officers is 21 years of age or older may hold mail transportation contracts. See the General Practices for restrictions concerning contracts with Postal Service employees and business organizations substantially owned or controlled by Postal Service employees or their immediate families. RFPs may establish other eligibility requirements as needed.

The following persons are ineligible to perform services under a contract:

- Persons on parole or under suspended sentence for commission of a felony.
- Persons with known criminal records which involve convictions for offenses involving moral turpitude or dishonesty.
- Persons who associate with convicted felons.
- Persons known to engage in the illegal use, possession, sale, or transfer of narcotics or other drugs.

- Persons who knowingly submit false data or conceal data for the purpose of gaining employment.
- Persons whose traffic records indicate that their driving motor vehicles would be hazardous (applies only to drivers and assistants).
- Pilots with unsatisfactory aircraft operations safety performance records. Persons who through their abusive or disruptive behavior would pose a danger to fellow workers.

Supplier employees engaged as drivers of vehicles with a GVW of 10,001 lbs. or more must be at least 21 years old. All other drivers must be at least 18 years old. No supplier, subcontractor, or employee of a supplier or subcontractor may be allowed access to mail matter or postal operational areas unless he or she displays a valid identification card issued by the Postal Service. Unless they have been excepted ("exempted"), the Postal Service will not issue the identification cards described above to individuals until they have been screened to determine their suitability for that access. Forms and procedures for screening are as set forth in Handbook PO-508 and in any applicable Management Instruction.

## Exceptions

Persons employed by suppliers whose own security screening procedures have been approved by the Contracting Officer and reviewed by the Inspector-in-Charge.

Persons who are civil service personnel otherwise subject to investigation under Executive Order 10450.

- Persons previously screened under another contract with a break in service of less than 1 year.
- Persons hired for service in an emergency of not more than 15 days. (This does not exempt regular relief or substitute employees or those repeatedly hired on an emergency basis.)
- Persons employed to transport plant-load mail, but only if such mail is not generated with regularly recurring frequency.

*Notification of Supplier.* The Contracting Officer will notify the Supplier of the grounds on which any person has been denied access to the mails under the procedure set out herein. Any decision as to whether a supplier, subcontractor, or contract or subcontract employee is to be denied access to the mail or precluded from operating a vehicle transporting mail must be made by the Contracting Officer in accordance with the eligibility requirements above.

*Disclosure of Information.* All information obtained or developed in the screening program must be restricted from disclosure outside the Postal Service to anyone other than the Supplier, subcontractor, or contract or subcontract employee concerned.

### Contract Administration

*General.* The Purchase/SCM Team Is responsible for monitoring contract performance in a manner appropriate to ensure that the Supplier provides all services and equipment required under the terms of the contract.

*Unsatisfactory Service.* The Purchase/SCM Team under the direction of the Contracting Officer must take necessary action to correct any problem caused by unsatisfactory Supplier performance. If the remedies and damages discussed above are insufficient, termination for default should be considered.

*Major Irregularity.* A major irregularity is an action or service deficiency requiring summary suspension or removal of the Supplier in the public interest (such as subcontracting without approval, or theft, deliberate loss, damage, or abandonment of the mail or contract operation). When a major irregularity occurs, the Contracting Officer may take immediate suspension or removal action, without prior notice to the Supplier. Suspension may be with or without pay, as provided in the contract.

## Professional/Technical and Consultant Services

The Postal Service contracts for professional/technical and consultant services when doing so makes good business sense in light of available personnel resources. For example, short-term expertise may be necessary to assist in the development of new customer service programs or to manage spikes in operational workload. In other cases, long-term contracts for these services may prove more fiscally and technically beneficial than the use of career employees. When contemplating contracting for these services, and for personal services (see below), Purchase/SCM Teams must consider the financial commitment and potential return on investment. For certain requirements, such as those affecting craft positions and duties, additional reviews and approvals are required; these include meeting legal and labor agreement obligations set forth in Federal regulations and labor agreements. In these cases, Purchase/SCM Teams must consult with Strategic Initiatives at Headquarters. In addition, reviews and approvals are required for contracts with former Postal Service officers, executives, and employees, regardless of whether these individuals are contracted with directly or are employed or proposed to be employed by a supplier, as discussed in the Contracts with Former Postal Service Officers, Executives, and Employees, and Employees and Their Immediate Families topic of the General Topics.

Conflicts of Interest. When purchasing professional/technical or consultant services, Purchase/SCM Teams must pay particular attention to the potential for organizational conflicts of interest, and consider using Clause 1-7: Organizational Conflict of Interest, or a similar clause in the contract.

### Professional and Technical Services

*Definitions.* Generally, professional services are those performed by individuals or firms of recognized status, such as accounting, engineering,