**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| TODD FOX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-465C |
| v. | ) | (Senior Judge Bruggink) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of John J. Todor as attorney of record for the United States.

Service of all papers by opposing parties should be addressed as follows:

JOHN J. TODOR
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit, 8th Floor

s/ John J. Todor
JOHN J. TODOR
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 616-2382
Facsimile: (202) 514-8640

June 26, 2008

**CERTIFICATE OF FILING**

I hereby certify that on June 26, 2008, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John J. Todor