# EXHIBIT A

**Todor, John (CIV)**

**From:** Lobaugh, Stephen D - Washington, DC [Stephen.D.Lobaugh@usps.gov]
**Sent:** Thursday, June 26, 2008 1:47 PM
**To:** Todor, John (CIV)
**Subject:** FW: Todd Fox Non-Renewal Issues, HCRs 299C5/299D2

J.J.,

Please see the contracting officer's message below concerning how he has decided to proceed. Please let me know what else you need from me. Thank you.

Steve

Stephen D. Lobaugh

Commercial & Appellate Attorney

Office of General Counsel

United States Postal Service

(202) 268-4089 (direct dial)

(202) 268-5287 (facsimile)

-----Original Message-----
**From:** Mays, Bobby L - Memphis, TN
**Sent:** Thursday, June 26, 2008 1:45 PM
**To:** Lobaugh, Stephen D - Washington, DC; Young, Dwight - Washington, DC; Pompanella, Karen A - Washington, DC
**Cc:** Shapiro, Gary E - Washington, DC
**Subject:** RE: Todd Fox Non-Renewal Issues, HCRs 299C5/299D2

All;

After much consideration, I've decided to:

- Take action to extend the term of both HCRs til COB 30 Sep 08
- Not make an award of a contract in concert with the two Solicitations issued for Emergency Service Contracts. The persons who submitted an offer in response to these two solicitations will be notified that no award will be made at this time; the service will be covered through other means.

- In connection with the above two bullets, and at 12:10 today (CST) I called the holder of the two contracts, Todd Fox, to inquire of him (1) if he were interested in extending the term of said contracts through 30 Sep 08 and, if he indeed were

interested (2) inform him that appropriate papers would be mailed to him. If either contract contains Hired Driver Wages, the contract(s) will be updated to reflect the new wages as of 1 Jul 08. When I called Mr Fox, I got his answering machine, left a vmail message for him to call me; informed him that it was rather important.

**Remember**, ***"Working together, we make things happen."***

**Bobby L. Mays, C.P.M., Manager,**

**Transportation Contracts (Contracting Officer)**

**901-747-7309 V**

**901-747-7484 F**