# In the United States Court of Federal Claims

No. 08-465C
(Filed: June 27, 2008)

*********************************
TODD FOX,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*,
*********************************

ORDER

Based on the representations made by the parties and for the reasons stated on the record at the June 27, 2008 telephonic status conference, the following is ordered:

1. Defendant shall file by 12:00 pm, July 1, 2008, an affidavit of the contracting officer explaining the Postal Service's intent with regard to procuring follow-on services to plaintiff's expiring contract, including whether plaintiff will be allowed to participate in the solicitation for a new contract.

2. A telephonic status conference will be held on July 1, 2008, at 4:00 pm. The call will be placed from chambers and will be digitally recorded.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge