**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| TODD FOX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-465C |
| v. | ) | (Senior Judge Bruggink) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

Pursuant to the Court's Order of June 27, 2008, defendant, the United States, gives this notice of filing of the declaration of Mr. Bobby L. Mays, attached to this notice as Exhibit A.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/ John J. Todor
JOHN J. TODOR
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
Attn: Classification Unit - 8th Floor
Washington, D.C. 20530
Tel.: (202) 616-2382
Fax: (202) 514-8640

OF COUNSEL:
STEPHEN D. LOBAUGH
U.S. Postal Service
Office of General Counsel

June 30, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on June 30, 2008, a copy of foregoing "NOTICE OF FILING" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John J. Todor