# EXHIBIT A

**DECLARATION OF BOBBY L. MAYS**

I, Bobby L. Mays, under the provisions of 28 U.S.C. § 1746, hereby declare, under penalty of perjury, that the following statements are true and correct, to the best of my knowledge and belief. I have personal knowledge of the facts set forth in this declaration.

1. I have been employed by the U.S. Postal Service since 12/10/1973. I have worked for the last five and a half years in the Memphis, Tennessee Distribution Networks Office. During that time, I have held the position of *Manager of Transportation Contracts. I have been vested with contracting* authority through a contracting officer's warrant since 1996.

2. I am the contracting officer for contracts HCR 299C5 and 299D2, which are contracts for the delivery of mail in and around Bluffton, South Carolina. Mr. Todd Fox currently holds these two contracts, which are scheduled to expire on June 30, 2008.

3. Acting on behalf of the Postal Service, I have offered to extend contracts HCR 299C5 and 299D2 with Mr. Fox through September 30, 2008. Mr. Fox has orally accepted my offer to extend his contracts, so I have mailed to him the appropriate documentation to execute that extension. After Mr. Fox has signed that documentation and returned it to me, I will finalize the extensions of both contracts.

4. Acting on behalf of the Postal Service, I have rescinded the solicitations for two emergency replacement contracts, which were to temporarily

cover service on the routes served by contracts HCR 299C5 and 299D2 while the Postal Service solicited for permanent replacement service on these routes.

5. On behalf of the Postal Service, my office will soon issue solicitations for four-year contracts to service the routes currently served by contracts HCR 299C5 and 299D2. I anticipate that the process of soliciting, evaluating, and awarding those contracts will be complete by September 30, 2008.

6. Mr. Fox will be permitted to submit a proposal for either, or both, of those solicitations upon the same terms as other offerors. He may do so by requesting solicitation packages from my office, preparing proposals, and submitting those proposals to my office by the close of the solicitation period.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Bobby L. Mays
Date: 30 Jun 08