**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **TODD FOX** | ) | **BID PROTEST** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Fed. Cl. No. 08-465C** |
| | ) | **(J. Bruggink)** |
| **UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

Upon consideration of Plaintiff's filings for a Temporary Restraining Order, Preliminary Injunction, and Permanent Injunction, and Defendant's Opposition thereto, the Court grants final judgment in favor of Plaintiff as follows:

1. The Court declares that the Postal Service acted improperly and in violation of law by secretly soliciting Plaintiff's employees for the re-procurement of Contract Nos. HCR 299C5 and 299D2 and not notifying Plaintiff or seeking bids from Plaintiff.

2. The Court declares that the Postal Service acted improperly and in violation of law by excluding Plaintiff from the re-procurement of Contract Nos. HCR 299C5 and 299D2 on the basis of its determination not to renew these contracts.

3. The Court hereby permanently ENJOINS the Postal Service from relying on its non-renewal decision as a grounds for excluding Plaintiff's participation in any future procurement unless the Postal Service first provides Plaintiff with notice and a meaningful opportunity to address the merits of its non-renewal decision.

4. The Court hereby permanently ENJOINS the Postal Service from taking any further action under any solicitations it issued for the emergency re-procurement of Contract Nos. HCR 299C5 and 299D2 prior to the date of this Order. The Postal Service may not award any contracts under these emergency solicitations, nor take any action to reinstate these solicitations.

5. The Court hereby directs the Postal Service to allow Plaintiff to participate in any re-procurement of Contract Nos. HCR 299C5 and 299D2 and to fairly and equally consider any bids Plaintiff should submit.

**IT IS SO ORDERED.**

___________________________________

JUDGE