# EXHIBIT A

**DECLARATION OF BOBBY L. MAYS**

I, Bobby L. Mays, under the provisions of 28 U.S.C. § 1746, hereby declare, under penalty of perjury, that the following statements are true and correct, to the best of my knowledge and belief. I have personal knowledge of the facts set forth in this declaration.

1. Acting on behalf of the Postal Service, I made the decision to rescind the solicitations for two emergency replacement contracts on June 25, 2008. Those two emergency contracts were to have temporarily covered service on the routes served by contracts HCR 299C5 and 299D2 while the Postal Service solicited for permanent replacement service on those routes.

2. On June 27, at my direction, Jo Clemmer, Senior Contract Specialist, called the offerors for those two emergency contracts and informed them that the solicitations had been cancelled. Also at my direction, Ms. Clemmer created a memorandum to file summarizing her actions, a copy of which is attached to this declaration as Exhibit 1.

3. There is no other documentation memorializing the cancellation of the emergency solicitations. There are no postal forms utilized to cancel an emergency solicitation.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Bobby L. Mays
Date: 2 Jul 08

I did not call the individuals who were solicited for an offer, but chose not to provide one. On or about June 27, 2008, I called or spoke with the following.

Debbie Mayes - left message regarding cancellation of emergency service solicitation and notice of future posting for regular service.
Susie Hill - left message regarding cancellation of emergency service solicitation and notice of future posting for regular service.
Doris Gregory - left message regarding cancellation of emergency service solicitation and notice of future posting for regular service.
Ogretta Singleton - left message regarding cancellation of emergency service solicitation and notice of future posting for regular service.
Lakesha Gordon called me and I told her that the solicitation for emergency service had been cancelled and a solicitation for regular service would be coming out in the near future.
Deborah Pinckney was not called. I did not call her to solicit an offer, therefore I did not have a phone number to reach her. Neither did the PM have any current information on her as she was an ex-driver.