# In the United States Court of Federal Claims

No. 08-465C
(Filed: July 3, 2008)

*********************************
TODD FOX,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*,
*********************************

ORDER

Pursuant to our Order of July 3, 2008, the clerk is directed to enter judgment dismissing the case.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge